# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON, MASSACHUSETTS

| | |
|---|---|
| George Logue, | Case No. 1:03-cv-12637-DPW |
| Plaintiff | |
| v. | **NOTICE OF CHANGE OF ADDRESS.** |
| Harvard University, | |
| Defendant | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the plaintiff's address of record in the aforementioned case, filed December 15, 2003, is now General Delivery, Boston, Massachusetts 02205.

01/29/04                    *George Logue*