UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,
        Plaintiff,

v.          Civil Action No. 03-12637-DPW

HARVARD UNIVERSITY,
        Defendant.

ORDER FOR ISSUANCE OF SUMMONS
AND SERVICE BY UNITED STATES MARSHALS SERVICE

By Order dated March 3, 2004 (Docket No. 3), the Court allowed plaintiff's Motion for Leave to Proceed In Forma Pauperis. Accordingly, the Court now enters the following Order:

The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

4/30/04                         /s/ Douglas P. Woodlock
DATE                         DOUGLAS P. WOODLOCK
                               UNITED STATES DISTRICT JUDGE