UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -1  P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

George Logue

    Plaintiff

v.

Harvard University

    Defendant

Case No. 03-12637-DPW

**MOTION FOR ENLARGEMENT OF TIME**

**Comes now the plaintiff, with this Motion for an enlargement of time in serving the complaint on the defendant for the following reasons.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this Motion requesting an enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1. Where the Court's Order to proceed and make service was not issued until April 30, 2004, already more than 120 days after the complaint had originally been submitted, plaintiff requests an additional period of 30 days from now to assure service is completed properly.

July 1, 2004
Date

*/s/ George Logue*