

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Logue                                              Case No. 03 -12637  DPW

      Plaintiff                                              **MOTION TO AMEND**

v.

Harvard University

      Defendant


**Comes now the plaintiff, with this Motion To Amend his complaint prior to serving it on the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this Motion To Amend his complaint prior to serving it on the defendant. Where plaintiff has recently submitted a Motion for an enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1, he also requests that the complaint attached herein, with grammatical corrections and minor revisions, be accepted as the true and current version of the complaint. Plaintiff request that this version of the complaint be served on the defendant.

   July 14, 2004
       Date