# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

George Logue

       Plaintiff

v.

Harvard University

       Defendant

Case No. 03-12637-DPW

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the plaintiff, with this Motion for an enlargement of time in serving the complaint on the defendant for the following reasons.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

As with the prior Motion for an Enlargement of Time (July 1, 2004) which was granted by the Court, plaintiff respectfully submits this Motion requesting another enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1. Where the Court issued an Order to proceed and make service April 30, 2004, already more than 120 days after the complaint had originally been submitted, plaintiff had requested an additional period of 30 days to assure service was completed properly. However, plaintiff's Motion to Amend has not been approved now, at the end of this 30-day period, and plaintiff therefore requests this additional time to properly serve the amended complaint if and when it may be approved by the Court.

Plaintiff requests a 60-day enlargement of time.

August 3, 2004
Date

George Logue