UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



```
* * * * * * * * * * * * * * *
                              *
GEORGE LOGUE,                 *
     Plaintiff,               *
                              *
vs.                           *     CIVIL ACTION
                              *     No. 03-12637-DPW
HARVARD UNIVERSITY,           *
     Defendant.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

### ANSWER AND JURY CLAIM OF THE DEFENDANT
### TO THE PLAINTIFF'S COMPLAINT

The defendant, Harvard University, whose true name is President and Fellows of Harvard College, in the above-captioned matter, hereby makes this its answer to the plaintiff's complaint.

### FIRST DEFENSE

**FIRST CAUSE**

**Parties**

1.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the First Cause and calls upon the plaintiff to prove the same.

2.  The defendant denies the allegations contained in paragraph 2.

3.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the First Cause and calls upon the plaintiff to prove the same.

4. The defendant admits that it is a charitable education institution located in Cambridge, Middlesex County, Massachusetts.

5. The defendant denies the allegations contained in paragraph 5.

**Jurisdiction**

6. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the First Cause and calls upon the plaintiff to prove the same.

**Facts**

7. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the First Cause and calls upon the plaintiff to prove the same.

8. The defendant denies the allegations contained in paragraph 8 of the First Cause.

9. The defendant denies the allegations contained in paragraph 9 of the First Cause.

10. The defendant denies the allegations contained in paragraph 10 of the First Cause.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

**SECOND COUNT**

1. The defendant incorporates herein by reference its answers to paragraphs 1 through 10 of the First Cause and makes them its answer to paragraph 1 of the Second Count.

2. The defendant denies the allegations contained in paragraph 2 of the Second Count.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the

defendant, together with its costs.

## SECOND CAUSE

1.  The defendant incorporates herein by reference its answers to paragraphs 1 through 10 of the First Cause and makes them its answer to paragraph 1 of the Second Cause.

2.  The defendant denies the allegations contained in paragraph 2 of the Second Cause.

3.  The defendant denies the allegations contained in paragraph 3 of the Second Cause.

4.  The defendant denies the allegations contained in paragraph 4 of the Second Cause.

5.  The defendant denies the allegations contained in paragraph 5 of the Second Cause.

6.  The defendant denies the allegations contained in paragraph 6 of the Second Cause.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

## SECOND COUNT

1.  The defendant incorporates herein by reference its answers to paragraphs 1 through 10 of the First Cause and makes them its answer to paragraph 1 of the Second Count.

2.  The defendant denies the allegations contained in paragraph 2 of the Second Count.

3.  The defendant denies the allegations contained in paragraph 3 of the Second Count.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

## THIRD CAUSE

**Parties**

1. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Third Cause and calls upon the plaintiff to prove the same.

2. The defendant denies the allegations contained in paragraph 2 of the Third Cause.

3. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Third Cause and calls upon the plaintiff to prove the same.

4. The defendant admits that it is a charitable education institution located in Cambridge, Middlesex County, Massachusetts.

5. The defendant denies the allegations contained in paragraph 5.

**Jurisdiction**

6. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Third Cause and calls upon the plaintiff to prove the same.

**Facts**

7. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Third Cause and calls upon the plaintiff to prove the same.

8. The defendant denies the allegations contained in paragraph 8 of the Third Cause.

9. The defendant denies the allegations contained in paragraph 9 of the Third Cause.

10. The defendant denies the allegations contained in

paragraph 10 of the Third Cause.

11. The defendant denies the allegations contained in paragraph 11 of the Third Cause.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

<u>SECOND DEFENSE</u>

And further answering, the defendant says that the acts complained of were not committed by a person and/or entity for whose conduct the defendant was legally responsible.

<u>THIRD DEFENSE</u>

And further answering, the defendant says that if the plaintiff proves that the defendant was negligent as alleged, the plaintiff was negligent to a greater degree than the defendant and is barred from recovery under the theory of Comparative Negligence.

<u>FOURTH DEFENSE</u>

And further answering, the defendant says that the cause of action is barred by reason of the Statute of Limitations.

<u>FIFTH DEFENSE</u>

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

<u>SIXTH DEFENSE</u>

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

<u>SEVENTH DEFENSE</u>

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted,

insofar as the plaintiff has failed to give notice of any claim as required by law, and the defendant was thereby prejudiced, wherefore the plaintiff is barred from recovery.

### EIGHTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, the said assault was unintentional and without negligence upon the part of the defendant or any agent, servant or employee.

### NINTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, the said assault was the result of provocation on the part of the plaintiff.

### TENTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted, the said assault was with the implied consent of the plaintiff.

### ELEVENTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, the person committing such alleged assault was not acting in any way under the defendant's authority nor in its employment and service nor as a servant or agent of the defendant in assaulting the plaintiff.

### TWELFTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, that such act was privileged or justified and therefore did not constitute either an assault or battery and the plaintiff is not entitled to recover.

### THIRTEENTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, that the persons touching the plaintiff acted in defense of persons or property and that any assault or battery was therefore justified and the plaintiff is not entitled to recover.

## FOURTEENTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed for the reason that the plaintiff's complaint fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), insofar as the plaintiff fails to state with particularity the words by which he was allegedly slandered.

## FIFTEENTH DEFENSE

And further answering, the defendant says that if any words were spoken to or about the plaintiff by the defendant, said words were true, wherefore, the plaintiff is barred from recovery in his action for defamation.

## SIXTEENTH DEFENSE

And further answering, the defendant says that if any words were spoken to or about the plaintiff by the defendant, such words were reasonable in the circumstances and were said without malice and were privileged, wherefore, the plaintiff is barred from recovery in his action for defamation.

## SEVENTEENTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed for the reason that the plaintiff's complaint fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), insofar as the plaintiff fails to state with particularity the words by which he was allegedly libeled.

## EIGHTEENTH DEFENSE

And further answering, the defendant says that if any words were published by the defendant, said words were true, wherefore, the plaintiff is barred from recovery in his action for defamation.

## NINETEENTH DEFENSE

And further answering, the defendant says that if any words were published by the defendant, such words were reasonable in the circumstances and were published without malice and were

privileged, wherefore the plaintiff is barred from recovery in his action for defamation.

### TWENTIETH DEFENSE

And further answering, the defendant says that if any arrest or imprisonment was made or caused to be made by the defendant, its agent, servant or employee, it had proper cause to believe that the plaintiff had committed a crime and that said arrest and imprisonment were justified.

### TWENTY-FIRST DEFENSE

And further answering, the defendant says that if the plaintiff was arrested or imprisoned, the said arrest or imprisonment was with the consent of the plaintiff.

### TWENTY-SECOND DEFENSE

And further answering, the defendant says that if the plaintiff was prosecuted or caused to be prosecuted by the defendant, its agents or servant, there was proper cause to believe that the plaintiff had committed a crime and that said prosecution was justified.

### TWENTY-THIRD DEFENSE

And further answering, the defendant states that it had no duty to the plaintiff, wherefore the plaintiff is barred from recovery.

### TWENTY-FOURTH DEFENSE

And further answering, the defendant says that to the extent that it had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

### TWENTY-FIFTH DEFENSE

This defendant states that there was no negligence, gross negligence, willful, wanton, or malicious misconduct, reckless indifference or reckless disregard of the rights of the plaintiff, or malice (actual, legal or otherwise) on the part of this defendant as to the plaintiff herein.

### TWENTY-SIXTH DEFENSE

And further answering, the defendant says that the plaintiff was guilty of a violation of law which contributed to cause the injury or damage complained of.

### TWENTY-SEVENTH DEFENSE

And further answering, the defendant says that it is a public charity, and therefore under M.G.L. Chapter 231, §85K, the plaintiff's recovery is barred or limited according to the applicable statutes and case law.

### TWENTY-EIGHTH DEFENSE

And further answering, the defendant says that the plaintiff has failed to show that the defendant in any way denied plaintiff of his civil liberties.

### TWENTY-NINTH DEFENSE

And further answering, the defendant says that it is a private educational institution, and as such, was not acting under the color of state law under the fourteenth amendment: 42 U.S.C., §1983.

### THIRTIETH DEFENSE

And further answering, the defendant says that the unnamed police officers were qualifiedly immune from liability pursuant to 42 U.S.C., §1983.

### THIRTY-FIRST DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P.12(b)(1) for lack of subject matter jurisdiction.

JURY CLAIM

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

By its attorneys,

_____
John F. Rooney, III
BBO #426895
Robert W. Healy
BBO #630714
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

George Logue, Pro Se
General Delivery
Boston, MA 02205

_____
Robert W. Healy

Date: 10/19/04