October 27, 2004

Mr. Robert W. Healy
Melick, Porter, & Shea
28 State Street
Boston, MA   02109

Re: Logue v. Harvard University
Case No. 03-12637

Dear Mr. Healey:

This letter is being sent to you regarding the complaint and lawsuit filed against Harvard University.

On October 25, 2004, the District Court entered an order requiring the parties to appear at a scheduling conference on November 29, 2004, at 2:30 p.m., before Judge Woodlock. This order requires you and I to meet - no later than November 8 – for the purpose of:

(1) preparing an agenda of matters to be discussed at the scheduling conference on November 29;

(2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and

(3) Considering whether we will consent to trial by magistrate judge.

The order also requires us to prepare a Joint Statement to be filed with the Court no later than November 22, 2004 (the required content of that Joint Statement is set forth in Local Rule 16.1(D)). The order also requires I provide you with a written settlement demand, no later than 10 days in advance of the scheduling conference; that settlement demand is presented here and now, and remains at the figure originally presented in the complaint.

Please contact me soon so that we can arrange a time to meet. Where the Court has acted spontaneously and with little time to spare, we must meet immediately in order to comply with the order and rules.

I look forward to speaking with you.

Sincerely,

George Logue

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 28th day of October, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same, by first class mail postage paid.

October 27, 2004                                                            */s/ George Logue*

    Mr. Robert W. Healy
    Melick, Porter, & Shea
    28 State Street
    Boston, MA   02109