UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No. 03-12637 - DPW |
| v. | **MOTION FOR RELIEF** |
| Harvard University |  |
| Defendant |  |

Comes now the plaintiff with this Motion For Relief in registering and filing all documents electronically as instructed in the Courts recent Order for Scheduling Conference.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff submits this Motion For Relief to this Honorable Court seeking relief from having to submit all future pleadings and filings electronically. Where plaintiff has been able to file necessary deliverables in a timely fashion so far, and his future access allowing him to make electronic transmittals is questionable, he respectfully requests that he be able to file all future required pleadings and filings the 'old fashion' way, by paper copy.

Respectfully submitted,

November 19, 2004
    Date

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 19th day of November 2004, I caused a true copy of this document to be served on the opposing party as listed below, by serving one copy of same, by first class mail postage paid.

Mr. Robert W. Healy
Melick, Porter, & Shea, LLP
28 State Street
Boston, MA  02109