DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                               *
                                               *
George Logue                                   *
                                               *
                                               *
      Plaintiffs,                              *
                                               *
                                               *
v.                                             *      CIVIL ACTION
                                               *      NO.: 03-12637-DPW
                                               *
                                               *
Harvard University                             *
                                               *
                                               *
      Defendants,                              *
                                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to Federal Rules of Civil Procedure, Rules 16(b) and Local Rule 16.1, and in accordance with this Court's Order of October 22, 2004, the aforementioned parties present this joint statement for the conference of November 29, 2004. Plaintiff conferred with defense counsel on November 8, 2004, and they respectfully propose the following pretrial schedule.

1. Any filings, subject to the Court's approval of plaintiff's Motion, shall be served on plaintiff in paper form and not electronically.

2. By December 15, 2004, the parties shall make the automatic document disclosures required by Local Rule 26.2

3. Any motion to join other parties, amend pleadings or motion to file additional pleadings shall be filed by January 5, 2005, and responses shall be filed as required by the applicable provisions of Rules of Civil Procedure.

4. Plaintiff respectfully suggests that all discovery could be completed by June 30, 2005, while the defendant has requested the need for a later date of September 30, 2005.

5. Any dispositive motions shall be filed by October 31, 2005.

6. Defendant suggests that all oppositions to motions be filed by November 30, 2005. Plaintiff respectfully suggests these could be filed 14 after the date for

>    dispositive motions.

7.   Plaintiff respectfully suggests parties meet at least once thereafter to explore the possibility of settlement and report to the Court by <u>November 30, 2005</u> the status and prospects for settlement.

8.   Parties suggest a final pretrial conference of <u>January 18, 2006</u>.

**Harvard University**
**By their attorneys**


<u>/s/ Robert W. Healy</u>                     <u>/s/ GeorgeLogue</u>
John F. Rooney, III, BBO# 426895         George Logue
Robert W. Healy, BBO# 630714             General Delivery
MELICK, PORTER & SHEA, LLP               Boston, MA 02205
28 State Street, 22nd Floor
Boston, MA 02109-1775
(617) 523-6200


Dated: 11/23/04