DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * *
                              *
George Logue                  *
                              *
    Plaintiffs,               *
                              *
v.                            *    CIVIL ACTION
                              *    NO.: 03-12637-DPW
                              *
Harvard University            *
                              *
    Defendants,               *
                              *
                              *
* * * * * * * * * * * * * * *
```

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF HARVARD UNIVERSITY

Now comes the undersigned and hereby certify that we have conferred:

a. With a view to establishing a budget for the costs of conducing the full course, and various alternative courses, of the litigation:

b. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*Lee Ann Ross Berry*
Lee Ann Ross
Assistant Director of Insurance
Harvard University

*Robert W Healy*
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO# 630714