## CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

George Logue
General Delivery
Boston, MA 02205

_____
Robert W. Healy

Date: 11/24/04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.