UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
CASE NO. 03-12637 - DPW

George Logue

    Plaintiff

v.

Harvard University

    Defendant

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to Federal Rules of Civil Procedure, Rules 16(b) and Local Rule 16.1, and in accordance with this Court's Order of October 22, 2004, the aforementioned parties present this joint statement for the conference of November 29, 2004. Plaintiff conferred with defense counsel on November 8, 2004, and they respectfully propose the following pretrial schedule.

1. Any filings, subject to the Court's approval of plaintiff's Motion, shall be served on plaintiff in paper form and not electronically.

2. By December 15, 2004, the parties shall make the automatic document disclosures required by Local Rule 26.2.

3. Any motion to join other parties, amend pleadings or motion to file additional pleadings shall be filed by January 5, 2005, and responses shall be filed as required by the applicable provisions of Rules of Civil Procedure.

4. Plaintiff respectfully suggests that all discovery could be completed by June 30, 2005, while the defendant has requested the need for a later date of September 30, 2005.

5. Any dispositive motions shall be filed by October 31, 2005.

6. Defendant suggests that all oppositions to motions be filed by November 30, 2005. Plaintiff respectfully suggests these could be filed 14 days after the date for dispositive motions.

1

7. Plaintiff respectfully suggests parties meet at least once thereafter to explore the possibility of settlement and report to the Court by <u>November 30, 2005</u> the status and prospects for settlement.

8. Parties suggest a final pretrial conference of <u>January 18, 2006</u>.

**Harvard University
By their attorneys**


/s/ R. Healy (Telecon)
_____
John F. Rooney III    BBO# 426895
Robert W. Healy       BBO# 630714
Melick, Porter, & Shea LLP
28 State Street
Boston, MA 02109
(617) 523-6200

DATED: November 23, 2004

[signature: George Logue]
_____
George Logue
General Delivery
Boston, MA 02205

2

## CERTIFICATION

Plaintiff submits this certification pursuant to Local Rule 16.1 (D)(3) and in conjunction with the Joint Statement for the Scheduling Conference of November 29, 2004.

(a) Parties conferred regarding a budget for the costs of litigation, and plaintiff's costs are strictly limited to those time and expenses incurred from his own efforts.

(b) At this time, having met with opposing counsel in good faith, we have conferred to examine the possibility of the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted this 23rd day of November 2004.

*George Logue*