UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

|  |  |
|---|---|
| George Logue | Case No. 03-12637 - DPW |
| Plaintiff |  |
| v. |  |
| Harvard University |  |
| Defendant |  |

# INITIAL DISCLOSURES OF THIS PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Comes now the plaintiff before this Honorable Court and who makes this automatic initial disclosure by presenting the following information to the defendant's counsel pursuant to Local Rule 26.2(A), and the Federal Rule of Civil Procedure 26(a)(1).

A. <u>Persons in Possession of Discoverable Information</u>

George Logue
2 Gem Avenue
Brighton, MA

Harvard University Law Students, identities yet to be ascertained

Defendant Police Officer Charles Marren
1033 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-1786

Defendant Police Officer Amy DiVergilio
1033 Massachusetts Avenue
Cambridge, MA  02138

Defendant Police Officer Kevin Healy
1033 Massachusetts Avenue
Cambridge, MA  02138
(617) 495-1786

Defendant Police Officer Daniel Twomey
1033 Massachusetts Avenue
Cambridge, MA  02138
(617) 384-5865

B. <u>Materials Containing Relevant Information</u>

Harvard University Police Dispatch Recording (not currently in plaintiff's possession)
Harvard University Police Incident Report for January 3, 2003

December 15, 2004                                                                 /s/ George Logue

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 15th day of December 2004, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue*

Mr. R. Healy
Melick, Porter, & Shea
28 State St.
Boston, MA 02109