UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
|  | Case No. 03-12637 - DPW |
| Plaintiff | MOTION TO RECUSE |
| v. |  |
| Harvard University |  |
| Defendant |  |

Comes now the plaintiff with this Motion To Recuse in the aforementioned case.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits to this Honorable Court, this Motion To Recuse pursuant to Rules 28 U.S.C. §§ 144, 455, U.S. Const. Amend. 14. This motion is being submitted in order to respectfully ask that the Honorable Judge Woodlock Recuse himself from this case because of potential conflict of interest and where he has presided over and ruled upon a case, similar in nature and related to this instant case.

Respectfully submitted,

May 19, 2005
Date

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 19th day of May, 2005 I caused a true copy of this document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA