UNITED STATES DISTRICT COURT
DISTRICT OF SSACHUSETTS

CIVIL ACTION

George Logue

    Plaintiff

v.

Harvard University

    Defendant

Case No. 03-12637 - DPW

**MOTION FOR ENLARGEMENT OF TIME**

### PLAINTIFF-APPELLANT'S REQUEST FOR RELIEF AND ENLARGEMENT OF TIME TO CONDUCT DISCOVERY

Plaintiff-Appellant submits this motion to this Honorable Court seeking relief, guidance and an extension of time, from this honorable court, with respect to conducting discovery for the following reasons:

Plaintiff-Appellant has been detained with other related cases. Although he has recently conversed with defense counsel pertaining to achieving certain discovery tasks, where this has not yet occurred, an additional period is respectfully requested so that this may be achieved.

Wherefore, Plaintiff-Appellant requests an additional 45 days to conduct pretrial discovery. .

Respectfully submitted,

May 25, 2005

*/s/ George Logue*

### CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 25th day of May, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA