# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

369 South Main Street
Providence, Rhode Island 02903
(401) 941-0909
Fax (401) 941-6269

142 Jefferson Street
Hartford, Connecticut 06106
(860) 244-0000

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Paul T. Tetrault
Jessica M. Farrelly *(FL)
Stephen D. Eldridge
Johnathan P. Diggin
Debra I. Lerner * (DC & TX)
Joseph M. Alden * (NH & MD)
Alexandra Clark
Jeremy Y. Weltman

Of Counsel
Thomas W. Porter, Jr.
Robert R. Hamel, Jr.
Christine M. DeFilippo (CT only)
Donna D. Convicer (CT only)
*Also Admitted

June 30, 2005

George Logue
General Delivery
Boston, MA 02205

Re:    George Logue v. Harvard University
       Civil Action No. 03-12637-DPW

Dear Mr. Logue:

I am in receipt of your erroneous Certification Pursuant to Local Rule 37.1. To follow up on my June 8, 2005 letter to you, I have attempted to contact you on numerous occasions through the telephone numbers you provided to me. The first telephone number you provided was erroneous. It was for a security gate at a residential community. Additionally, I have left a message with the woman who answered the telephone at the second telephone number you provided to me. These above-referenced efforts are in conjunction with my written correspondences to you. Accordingly, your Certification is in error.

Once again, please give me a call to discuss your scheduling issues surrounding this case. If I am unavailable when you call, please provide an accurate telephone number for which I can reach you.

I look forward to discussing this further with you.

Very truly yours,

Robert W. Healy

cc.   Michelle Rynne, Court Clerk