UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No. 03-12637 - DPW |
| v. |  |
| Harvard University |  |
| Defendant |  |

**PLAINTIFF'S MOTION TO APPOINT PERSON**
**BEFORE WHOM DEPOSTION MAY BE TAKEN**

Comes now the plaintiff with this motion to this Honorable Court to appoint a person before whom depositions may be taken pursuant to Federal Rules of Civil Procedure Rule 28. Where plaintiff has been served by defense counsel to make a deposition, and plaintiff himself requires taking depositions, plaintiff makes these motions to facilitate an equitable forum and because of his status as a pro se litigant in which he has only been able to proceed IFP. This motion is made in conjunction with the accompanying Motion To Take Deposition and Limit Examination.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully moves Justice Woodlock, pursuant to Rule 28(a), to appoint a special examiner or officer, as defined in that rule, with the power to administer oaths and take testimony, and before whom oral examination of the defendants may be taken as depositions identified generally in plaintiff's complaint and specifically in his letter of automatic disclosure, December 15, 2004. This motion is also made in an attempt to consolidate and minimize time and costs where defendant had first served plaintiff with notice of deposition. This motion is submitted following plaintiff's recent motion to enlarge the original discovery period and in which parties failed to accomplish all tasks within the frame set by the original scheduling order.

Respectfully submitted,

*[signature]*

July 8, 2005
Date

## CERTIFICATE OF SERVICE

I, orge gue, plaintiff, hereby certify that on the 8th day of July, 2005 I caused a true copy of this document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*[signature]*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA