DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| George Logue<br><br>Plaintiff,<br><br>v.<br><br>Harvard University<br><br>Defendant. | CIVIL ACTION<br>NO.: 03-12637-DPW |

**THE DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S MOTION TO APPOINT PERSON BEFORE WHOM DEPOSITION MAY BE TAKEN**

Now comes the defendant, Harvard University, whose true name is the President and Fellows of Harvard College, and opposes the plaintiff's motion. As grounds for this motion, the defendant states that it cannot ascertain from the plaintiff's motion the relief sought and asks for a more definitive statement as to the same. However, assuming *arguendo* that the plaintiff is seeking to take the depositions of a person or persons, this motion as best can be determined by the defendant, is unnecessary and can be accomplished by other means pursuant to the Federal Rules of Civil Procedure.

Furthermore, the only defendant in this action is Harvard University and any attempt to depose any person or persons other than the duly designated representative of the defendant is impermissible through the method the plaintiff is presumably attempting.

If this Court takes the position that a further argument is required of the defendant, they ask for the opportunity for the same.

WHEREFORE, the defendant, Harvard University, Respectfully requests that the plaintiff's motion be denied.

          HARVARD UNIVERSITY
By their attorney,


*/s/ Robert W. Healy*
John F. Rooney, III
BBO# 426895
Robert W. Healy
BBO# 630714
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

DATED:      7/13/05