# UNITED STATES DISRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | CIVIL ACTION |
| George Logue | CASE NO 03-12637- DPW |
| Plaintiff | **Affidavit** |
| v. | |
| Harvard Police | |
| Defendants | |

1. I am currently a resident of the state of Massachusetts, Middlesex County. I have personal knowledge of the matters set forth in this declaration, and if called to testify with respect thereto, could and would do so competently under oath.

2. On June 7, 2005 I had cause to send a letter request to defendants regarding communications between parties and for the purpose of requesting production of documents or access to them for inspection. The attached certification was submitted thereafter concerning plaintiff's attempts to confer with defendants.

3. As no response has been received, plaintiff now submits the formal motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 25, 2005                                                                  /s/ George Logue

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1

I, George Logue, certify as follows;

Pursuant to Local Rule 37.1 of this court, plaintiff conferred with defense counsel Healy by email and telephone regarding issues of discovery, and difficulties that have arisen over completing depositions and getting responses to discovery requests. On each occasion plaintiff has left working addresses and telephone numbers where plaintiff could be contacted.

*/s/ George Logue*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 25th day of July, 2005 I caused a true copy of the documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA