UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | CIVIL ACTION |
| George Logue | CASE NO 03-12637- DPW |
| Plaintiff | |
| v. | |
| Harvard Police | |
| Defendants | |

Plaintiff's Motion For Production of Documents

Plaintiff submits this Motion For Production of Documents, pursuant to Fed. R. Civ. P. 34 where in the spirit of cooperative discovery, and as outlined in the attached affidavit, he had previously submitted a request on June 7, 2005. This Motion formally requests the defendants, Harvard Police Department to produce and permit plaintiff to inspect the following documents in accordance with Rule 26(b) of Federal Rules of Civil Procedure:

1. Any and all written procedures for the investigation of complaints of use of unreasonable force by Harvard Police officers, duly adopted, promulgated, and in effect on January 3, 2003.

2. All records of complaints filed with the Harvard Police Department or the State[1] against the individual defendant's including defendant police officers Charles Marren, Kevin Healy, Daniel Twomey, and Amy DiVergilio, and while any of them have been employed as officers, and any and all records of investigations conducted on the basis of such complaints.

3. All records of complaints regarding unreasonable use of force, abuse of official position, and abuse of due process of law by any of the aforementioned defendants, and that were delivered to the department or state manager or administrator during the period five years before and up to January 3, 2003.

---

[1] Referring to the Commonwealth of Massachusetts and it's State Police Department wherein it is understood these college police receive a special commission under the state.

4. All records concerning disciplinary action taken against Harvard University police during the past five (5) years for unreasonable use of force, abuse of official position, or abuse of due process of law.

5. All documents in defendant's possession (whether executed or unexecuted) purporting to release Harvard University police officers from civil liability.

6. All documents in defendant's possession (whether executed or unexecuted) purporting to release Harvard University police officers from liability for violations of civil rights.

7. Any and all Field Administrative Reports filed by the individual defendants Charles Marren, Kevin Healy, Daniel Twomey, and Amy DiVergilio while employed by the state or Harvard University.

8. Any and all Use of Force When Making an Arrest Forms, filed by any of the individually identified defendants while employed by Harvard University.

9. Any and all Field Administrative Reports filed by Harvard University police officers during the past five years.

10. Any and all Use of Force When Making an Arrest Forms, filed by Harvard University police officers during the past five years.

11. Records of any and all Harvard University police or related state police departments Internal Affairs Division investigations of any of defendants Charles Marren, Kevin Healy, Daniel Twomey, and Amy DiVergilio, conducted while they employed by the University.

12. Records of any and all Harvard University Police Departments Internal Affairs Division investigations of Harvard University Police officers for unnecessary use of force, abuse of official position, or abuse of due process of law which have been conducted in the past five years.

13. Any and all records of sums of money paid by defendant to individuals in settlement, compromise, or satisfaction of claims against Harvard University police officers for unreasonable use of force, abuse of official position, or abuse of due process which have been paid during the past five years.

14. Any and all Harvard University Police Dispatch Recordings regarding the incident in this instant case and that took place on January 3, 2003.

Respectfully submitted,

July 25, 2005