# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION

Case No. 03-12637 - DPW

George Logue

    Plaintiff

v.

Harvard Police

    Defendant

## PLAINTIFF'S REQUEST FOR SECOND ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff submits this motion to this Honorable Court seeking an enlargement of time pursuant to Federal Rules of Civil Procedure, and with respect to performing and conducting discovery for the reasons set forth herein.

    Plaintiff submitted a request for an enlargement of time on May 25, 2005 because discovery goals had not been achieved. The District Court granted that motion. During the enlarged period granted, plaintiff submitted two motions to facilitate means by which he could conduct discovery and take depositions of witnesses. This is outlined in the accompanying affidavit.
Plaintiff has not deposed any witnesses, to date, because no means have existed. Further, and as outlined in plaintiff's accompanying Motion To Compel, defendant has not provided adequate responses to his Motion For Production of Documents, submitted on July 25, 2005. Again, the period for finishing discovery has recently elapsed, but where plaintiff's earlier requests, for means needed to complete the discovery efforts, have yet to be decided.

Wherefore, plaintiff requests an additional period, which is acceptable to this court, in order to resolve these issues.

Respectfully submitted,

August 23, 2005

*/s/ George Logue*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 22nd and 23rd day of August, 2005 I caused a true copy of the documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Mr. John F. Rooney
Melick, Porter, & Shea
28 State Street
Boston, MA