UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| George Logue | ] | CASE NO 03-12637- DPW |
|---|---|---|
| Plaintiff | ] | **Affidavit** |
| v. | ] | |
| Harvard Police | ] | |
| Defendants | ] | |

1. I am currently a resident of the state of Massachusetts, Middlesex County. I have personal knowledge of the matters set forth in this declaration, and if called to testify with respect thereto, could and would do so competently under oath.

2. On or about August 16, 2005 I had cause to speak with Justice Woodlock's clerk concerning the fact that the enlarged period of discovery had elapsed without plaintiff's prior motions having received a decision. These motions were, (1) To Take Deposition, and (2) To Appoint Person Before Whom Deposition May Be Taken, both of July 8, 2005. As such, plaintiff has remained without the means by which he could complete required and necessary discovery.

3. Early in August, 2005 plaintiff received defendant's response to his Motion For Production of Documents, July 25, 2005. As indicated in plaintiff's accompanying affidavit of July 25, 2005, his request for documents was being presented for the second time at that juncture. Plaintiff is now filing his objection to defendant's responses at the same time as these documents presented herein.

4. Defendants have presented notice concerning their desire for plaintiff to be deposed. The most recent notice issued and received, does not comply with Federal Rules of Civil Procedure pertaining to notification. Further, plaintiff has previously informed defense counsel of the need, and requests for means by which depositions may be obtained by both parties, and in an expeditious and economical manner sanctioned by the court.

I declare under the laws of the United States of America and under the penalty of perjury that the foregoing is true and correct.

August 23, 2005