# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | | |
|---|---|---|
| George Logue | ] | CASE NO <u>03-12637</u>- DPW |
| | ] | |
| Plaintiff | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| Harvard Police | ] | |
| | ] | |
| Defendants | ] | |
| | ] | |

<u>Plaintiff George Logue's Motion To Compel and</u>
<u>His Response To Defendant Harvard University Police</u>
<u>Response To Plaintiff's Motion For Production of Documents</u>

Comes now the plaintiff, pursuant to Rule 37(a), with this motion to this Honorable Court, requesting it's assistance in compelling the defendant, Harvard University Police, to comply and respond to his former motion and request for production of documents, submitted July 25, 2005, in a complete manner that would comply with Federal Rules of Civil Procedure.

Plaintiff objects to defendant Harvard University Police's response to Plaintiff's Motion For Production of Documents on the basis that they do not answer the items or provide any of the documents requested in plaintiff's motion. In contrast to Rules 26 and 34, Federal Rules of Civil Procedure, defendant's response is wholly inadequate and the line of reasoning seems to be nothing more than an attempt to avoid gathering evidence which is pertinent to the case and is necessary to accurately characterize the environment in which the defendants were acting.

Wherefore, plaintiff has presented a motion and request for materials from defendant without having received an adequate or complete response. Therefore, he respectfully requests an order from this court that may compel defendant to comply with the rules and the reasonable request.

Respectfully submitted,

<u>August 23, 2005</u>