DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * * * *
                                 *
George Logue                     *
                                 *
        Plaintiff,               *
                                 *
v.                               *   CIVIL ACTION
                                 *   NO.: 03-12637-DPW
                                 *
Harvard University               *
                                 *
        Defendant.               *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

**THE DEFENDANT, HARVARD UNIVERSITY'S OPPOSITION TO PLAINTIFF'S SECOND REQUEST TO ENLARGE TIME TO COMPLETE DISCOVERY**

The defendant, Harvard University ("Harvard"), by their attorneys, hereby request that this Honorable Court deny plaintiff's second motion to enlarge time to complete discovery. As grounds for their opposition, Harvard states as follows:

Preliminarily, in filing this motion with the Court, the plaintiff has failed to comply with Local Rule 7.1(2).  Prior to the filing of his motion to compel, the plaintiff did not contact defense counsel in an attempt to resolve or narrow the issues that are the subject to his motion to compel (**Exhibit A,** Affidavit of Attorney Robert W. Healy ) As such, the plaintiff's motion should be denied summarily.

Without waiving the above argument, the plaintiff's motion to enlarge time should be denied.  When counsel for Harvard and the plaintiff met and conferred in order to submit their Local Rule 16.1 proposed Scheduling Order to the Court, counsel for Harvard suggested a discovery period that extended through September (**Exhibit B,** Joint Scheduling Order).  The

plaintiff suggested a shorter period for discovery, which the Court adopted (**Exhibit B**; **Exhibit C**, Scheduling Order). During that time, the plaintiff failed to conduct any discovery. During this same time Harvard served the plaintiff with interrogatories and noticed the plaintiff's deposition. The plaintiff requested that his deposition be rescheduled due to his busy schedule, and counsel for Harvard acquiesced.

As the original discovery deadline approached, the plaintiff filed his first motion to extend discovery through August 15, 2005, which Harvard did not oppose and was allowed by the Court. During this extended discovery period, the plaintiff failed to notice Harvard's deposition. Instead, the plaintiff filed motions presumably to allow the same to be taken. Furthermore, Harvard continued to attempt to conduct the plaintiff's deposition. Said deposition was re-noticed for August 24, 2005. On August 23, 2005, Harvard's counsel received a letter, which presumably indicated he did not intend to appear for his deposition (**Exhibit D**, August 21, 2005 letter from plaintiff to Attorney John Rooney). On the scheduled date and time, the plaintiff did not appear for his deposition. Accordingly, the plaintiff has taken no active steps to engage in, or participate in the discovery of this case during extended time period already allowed by this Court. In fact, the plaintiff has taken active steps to avoid the discovery process.

## CONCLUSION

For the above stated reasons, the defendant, Harvard University, respectfully requests that this Court deny the plaintiff's motion to enlarge the time to complete discovery.

HARVARD UNIVERSITY
By their attorney,


/s/ Robert W. Healy
John F. Rooney, III
BBO# 426895
Robert W. Healy
BBO# 630714
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

DATED: August 26, 2005

# Exhibit A

DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
George Logue
    Plaintiff,

v.　　　　　　　　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　NO.: 03-12637-DPW

Harvard University
    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ATTORNEY ROBERT W. HEALY

I Robert W. Healy, hereby depose at state as follows:

1.　　I am attorney with the law firm of Melick, Porter and Shea, LLP.

2.　　I have been retained by the defendant, Harvard University, in the above entitled action.

3.　　Prior to the plaintiff filing his motion to enlarge the time to complete discovery, the plaintiff failed to confer with me in any fashion in an attempt to resolve or narrow the issues that are the subject of his motion.

4.　　Over the course of this litigation I have had difficulty contacting the plaintiff relating to various procedural issues, as the contact information he has provided to my office is inaccurate.

　　　　SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF AUGUST 2005.

　　　　　　　　　　　　　　　/s/ Robert W. Healy
　　　　　　　　　　　　　　　Robert W. Healy

**Exhibit B**

DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * * * *
                                *
George Logue                    *
                                *
       Plaintiffs,              *
                                *
v.                              *       CIVIL ACTION
                                *       NO.: 03-12637-DPW
                                *
Harvard University              *
                                *
       Defendants,              *
                                *
                                *
                                *
* * * * * * * * * * * * * * * *  *
```

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to Federal Rules of Civil Procedure, Rules 16(b) and Local Rule 16.1, and in accordance with this Court's Order of October 22, 2004, the aforementioned parties present this joint statement for the conference of November 29, 2004. Plaintiff conferred with defense counsel on November 8, 2004, and they respectfully propose the following pretrial schedule.

1. Any filings, subject to the Court's approval of plaintiff's Motion, shall be served on plaintiff in paper form and not electronically.

2. By December 15, 2004, the parties shall make the automatic document disclosures required by Local Rule 26.2

3. Any motion to join other parties, amend pleadings or motion to file additional pleadings shall be filed by January 5, 2005, and responses shall be filed as required by the applicable provisions of Rules of Civil Procedure.

4. Plaintiff respectfully suggests that all discovery could be completed by June 30, 2005, while the defendant has requested the need for a later date of September 30, 2005.

5. Any dispositive motions shall be filed by October 31, 2005.

6. Defendant suggests that all oppositions to motions be filed by November 30,

2005. Plaintiff respectfully suggests these could be filed 14 after the date for dispositive motions.

7. Plaintiff respectfully suggests parties meet at least once thereafter to explore the possibility of settlement and report to the Court by November 30, 2005 the status and prospects for settlement.

8. Parties suggest a final pretrial conference of January 18, 2006.

**Harvard University**
**By their attorneys**


/s/ Robert W. Healy
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO# 630714
MELICK, PORTER & SHEA, LLP
28 State Street, 22nd Floor
Boston, MA 02109-1775
(617) 523-6200

/s/ GeorgeLogue
George Logue
General Delivery
Boston, MA 02205


Dated: 11/23/04

# Exhibit C



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,
    Plaintiff,

v.                                                      CIVIL ACTION
                                                    NO.03-12637-DPW

HARVARD UNIVERSITY,
    Defendant.


## SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on November 29, 2004, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    amendments and/or supplements to the pleadings shall be filed by **JANUARY 5, 2005**;

(2)    automatic discovery to be exchanged by **DECEMBER 15, 2004**;

(3)    discovery is to be completed by **JUNE 30, 2005**, unless shortened or enlarged by Order of this Court;

(4)    motions for summary judgment are to be filed by **JULY 29, 2005**, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(5)    **ELECTRONIC FILING**: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all

submissions relating to dispositive matters with the Court in hard copy, clearly marked **"Courtesy Copy - Do Not Scan"** on the cover page of <u>each</u> pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.

(7) A further scheduling/status conference is set for **AUGUST 16, 2005** at **2:30 p.m.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J. By **AUGUST 9, 2005**, the parties shall file a STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: November 29, 2004

# Exhibit D

George Logue
General Delivery
Boston, MA   02205



August 21, 2005

Mr. John Rooney
Melick, Porter, & Shea
28 State Street
Boston, MA

RE:  Logue v. Harvard, Case No. 03-12637 - DPW

Dear Sir:

For reasons previously outlined, and in response to Mr. Healy's recent notification, it appears no depositions will be taken until the court rules on a means by which fair and equitable discovery, regarding depositions, may occur. Also, please find enclosed, plaintiff's recent pleadings.

Very truly yours,

George Logue