UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   | CIVIL ACTION |
|---|---|---|
| George Logue             |   | Case No. <u>03-12637</u> - DPW |
|          Plaintiff       |   | RESPONSE TO DEFENDANT'S OPPOSITION |
|     v.                   |   |   |
| Harvard Police et AL     |   |   |
|          Defendant       |   |   |

Now comes the plaintiff, with this response to defense counsels opposition of August 26, 2005. This response is made pursuant to Federal Rules of Civil Procedure, 37(a) and concerning local rule 37.1.

Relevant History

Plaintiff submitted his request for additional enlargement of time, dated May 25, 2005 for reasons set forth in that pleading concerning related prior pleadings yet to have been ruled upon, and which had encumbered discovery process. A second request has been put forth to finish these tasks, including the complete discovery of all evidence to which plaintiff is entitled.

Defense counsel submitted their opposition on August 26, 2005. Defense counsel has insinuated that they have been unable to contact plaintiff because of incorrect contact information. Further, defense counsel states that no effort to confer has been made to address accomplishing the task of taking depositions.

Argument

Plaintiff has repeatedly reminded defense counsel of his contact information, providing both a working postal address and telephone number. These have been put in defense counsels files via telephone messages to his office and in pleadings specifically notifying all parties to this effect. Pursuant to local rule 37.1, plaintiff submitted verification of the fact that he had attempted to confer with defense counsel concerning the task of taking depositions. These details have been repeated further in plaintiff's affidavits.

Wherefore, plaintiff requests that his pleadings for time, and resources be granted and that the defendants be compelled to issue complete responses to the interrogatories.

Respectfully submitted,

/s/ George Logue

<u>September 2, 2005</u>

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 2nd day of September, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid,

*George Logue*

Mr. John F. Rooney
Melick, Porter, & Shea
28 State Street
Boston, MA