DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * * *
                               *
George Logue                   *
                               *
        Plaintiff,             *
                               *
                               *     CIVIL ACTION
v.                             *     NO.: 03-12637-DPW
                               *
                               *
Harvard University             *
                               *
        Defendant.             *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**THE DEFENDANT, HARVARD UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant, Harvard University ("Harvard"), whose true name is the President and Fellows of Harvard College, moves for summary judgment on the plaintiff's claims in their entirety. In support of its motion, Harvard submits the accompanying statement of materials facts and memorandum of law.

HARVARD UNIVERSITY
By their attorney,

*/s/ Robert W. Healy*
John F. Rooney, III
BBO# 426895
Robert W. Healy
BBO# 630714
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

DATED:      9/12/05

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I have attempted to confer with the plaintiff and attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Robert W. Healy