DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * * * *
                                *
George Logue                    *
                                *
        Plaintiffs,             *
                                *
v.                              *       CIVIL ACTION
                                *       NO.: 03-12637-DPW
                                *
Harvard University              *
                                *
        Defendants,             *
                                *
                                *
                                *
* * * * * * * * * * * * * * * * *
```

In conformance with this Court's Order of June 28, 2005, counsel for Harvard University ("the defendant") is submitting this individual statement in an effort to provide the Court with the requested information.

    A.    **STATUS OF THE CASE**

The applicable discovery deadline has passed and the defendant has filed its motion for summary judgment. The plaintiff has failed to oppose that motion within the deadline established by this Court. During the discovery period, which was extended twice at the request of the plaintiff, the defendant attempted to depose the plaintiff. However, the plaintiff failed to appear on the scheduled date, citing that certain motions by the plaintiff regarding the same had not yet been ruled on by the Court.

    B.    **REMAINING PRETRIAL SCHEDULING**

The defendant awaits a ruling on its motion for summary judgment.

    C.    **ALTERNATIVE DISPUTE RESOLUTION**

The defendant does not believe ADR is an option for this matter.

    **D.**    **TRIAL**

The defendant has filed an unopposed motion for summary judgment, and as such it is the defendant's position that a trial is not necessary.

HARVARD UNIVERSITY
**By their attorneys,**

/s/ *Robert W. Healy*
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO#630714
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

Dated: October 11, 2005.

CERTIFICATE OF SERVICE

    I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        George Logue
        General Delivery
        Boston, MA 02205


        /s/ Robert W. Healy
        Robert W. Healy

Date:   10/11/05