George Logue
General Delivery
Boston, MA 03305

FILED
IN CLERKS OFFICE

2005 OCT -7 P 2: 0!

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 6, 2005

Ms. Michelle Rynne,
Courtroom Clerk for the
Honorable Judge Woodlock
United States District Court
1 CourthouseWay
Boston, MA  02210

    Re: Logue v. Harvard University, et al.,
       Status Report in Advance of Hearing, October 13, 2005

Dear Ms. Rynne,

In accordance with the courts scheduling order, I am submitting this status report in advance of
tthe hearing scheduled for next week.  The following circumstances exist:

1) Plaintiff is in receipt of the defendants summary motion and is attempting to finalize
an opposing affidavit pursuant to Federal Rules of Civil Procedure, Rule 56 and local
rule 56.1.

2) There are a number of outstanding motions that have accumulated the past months
regarding discovery.  Where plaintiff has attempted to meet the scheduliing demand
laid down in the courts scheduling orders, there is some concern regarding these
motions and where discovery has not been completed.

3) Plaintiff has filed and was granted two extensions already.  The enlargements of tim
had been requested specifically for the purpose of trying to complete discovery and
obtain information palintiff has felt he is entitled to under the rules.  However, this is
not the case.  First, one defendant remains a mystery.  All names of defendants were
to have been revealed and or verified during the original automatic disclosures.  Th is
is particularly significant because it kept plaintiff from amending his complaint on :
last time, and as also stipulated in the original scheduling order (More discussion v i
be provided on this topic in plaintiff's response to defendant's Motion for Summary
Judgment).

4) Finally plaintiff has not had the means to depose witnesses.  This is the topic of
several of the outstanding motions which make a request for assistance in obtaining
the necessary means to depose witnesses and defendants. Other motions also remain

pertaining to other discoverable information that had been requested, but in plainti ƒ ;
opinion, not responded to adequately or in accordance with rules 33 and 34.

5) Plaintiff looks forward to resolving these issues next week.

Sincerely,

George Logue