UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 OCT -  CIVIL ACTION

| | |
|---|---|
| George Logue | CASE NO 03-12637- DPW |
|     Plaintiff | **Affidavit Supporting Status Report** |
| v. | |
| Harvard Police | |
|     Defendants | |

Plaintiff states as follows:

1. I am currently a resident of the state of Massachusetts, Middlesex County. I have personal knowledge of the matters set forth in this declaration, and if called to testify with respect thereto, could and would do so competently under oath.

2. Plaintiff has submitted several inquiries regarding and attempting to gather discoverable information pertaining to this case, and in accordance with Federal Rules of Civil Procedure, Rule 26. To date, these include one interrogatory and one Request for Production of Documents.

3. One inquiry includes an interrogatory in which plaintiff has tried to verify the identity and function of one of the defendants at the scene of the incident. Four names were furnished by defendant during automatic disclosure. It is unclear whether a complete list of the defendants, present at the incident scene, had been furnished. No information had been revealed as to the role or work status of each name.

4. A second inquiry includes a request for documents and information which includes discoverable information, or that could lead to discoverable information. These discovery requests have been followed by motions to compel where plaintiff had understood the responses to be inadequate and in violation of the Rules of Procedure.

5   Regarding depositions, several pleadings had been submitted and have yet to be ruled upon by the court. These motions had requested a means by which plaintiff could depose witnesses and defendants. Awaiting a response to these pleadings, plaintiff was unable to obtain depositions, according to the courts original scheduling order and despite having received two enlargements of time.

I declare under the laws of the United States of America and under the penalty of perjury that the foregoing is true and correct.

October
~~September~~ 7, 2005

_/s/ Jerry Payne_

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 7th day of October, 2005 I caused a true copy of the document above to served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA