UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

George Logue                               ]     Case No. 03-12637-DPW
                                           ]
        Plaintiff                          ]
                                           ]
v.                                         ]
                                           ]
Harvard University, et al.                 ]
                                           ]
        Defendant                          ]
                                           ]

OPPOSITION OF PLAINTIFF TO
DEFENDANT'S SUMMARY JUDGMENT MOTION

Pursuant to Federal Rules of Civil Procedure, Rule 56, plaintiff introduces this Opposition to defendant's Harvard University Police Department, Marren, Healy, DiVergilio, and Twomey (collectively, the "defendants") motion where he opposes any suggestion that the complaint be dismissed. This opposition is submitted to this Honorable Court for reasons, including but not limited to issues raised in the accompanying affidavit and memorandum of law. Plaintiff's supporting documents, even without discovery being completed, indicate that any absence of disputed issues, regarding material facts, occurs where defendant's motion is deficient of specific facts, lending itself instead to a summary judgment in plaintiff's favor. In any event, while issues surrounding available means to discovery remain, the relatively few details provided by defendants give rise to questions of what actually transpired and should preclude, for them, any judgment as a matter of law.

1

WHEREFORE, plaintiff requests that defendant's motion be denied, that plaintiff's own motion to compel discovery and pleadings relating to incomplete discovery be granted, that each of the names of unknown defendant's related to this incident, and each ones role be identified pursuant to the original scheduling conference court order; and then, finally, that the new information be permitted to be amended into the complaint.

Respectfully submitted,

October 12, 2005
Date

/s/ George Lopez