DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
* * * * * * * * * * * * * * *
                              *
George Logue                  *
                              *
        Plaintiff,            *
                              *
v.                            *   CIVIL ACTION
                              *   NO.: 03-12637-DPW
                              *
Harvard University            *
                              *
        Defendant.            *
                              *
                              *
* * * * * * * * * * * * * * *
```

**THE DEFENDANT, HARVARD UNIVERSITY'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant, Harvard University ("Harvard"), whose true name is the President and Fellows of Harvard College, moves to strike the plaintiff's opposition to defendant's motion for summary judgment. In support of its motion, Harvard states the following. Pursuant to this Court's scheduling deadlines, Harvard filed its motion for summary judgment on September 12, 2005, within the deadline prescribed by the Court. Pursuant to those same deadlines, the plaintiff's opposition to Harvard's motion for summary judgment was due on or before September, 26, 2005. The plaintiff failed to file an opposition, or seek leave of the Court to file his opposition at a later date. Instead, the plaintiff hand-served his opposition to defendant's counsel at 4:50 p.m. on October 12, 2005, the afternoon prior to a Scheduling Conference. As such, any opposition to Harvard's motion for summary judgment is time-barred and must be stricken. Therefore, without any opposition, Harvard's motion for summary

judgment must be allowed.

                                              HARVARD UNIVERSITY
                                              By their attorney,

                                              */s/ Robert W. Healy*
                                              John F. Rooney, III
                                              BBO# 426895
                                              Robert W. Healy
                                              BBO# 630714
                                              Melick, Porter & Shea, LLP
                                              28 State Street
                                              Boston, MA  02109-1775
                                              (617) 523-6200

DATED:      10/13/05

CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by hand-delivering a copy thereof to the following:

George Logue
General Delivery
Boston, MA 02205

*Robert W. Healy*
Robert W. Healy

Date: 10/13/05