

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | |
|---|---|
| George Logue | CASE NO 03-12637- DPW |
| Plaintiff | |
| v. | |
| The President and Fellows of Harvard Harvard Police Department | |
| Defendants | |

Objection of Plaintiff To The Court's<br>
Rulings at Hearing, November 10, 2005

In accordance with F. R. Civ. P., Rule 12, plaintiff submits this formal *OBJECTION* to this Honorable Court in response to the hearing held November 10, 2005 in the aforementioned case. Plaintiff respectfully *objects* to the following items.

Pertaining to plaintiff's former interrogatories, plaintiff objects to the courts ruling that it will not compel disclosure of the materials that had been under consideration and submitted to the court in camera. Now, where the court has denied even these 3 responses to interrogatories from being answered and disclosed, the court has effectively prohibited any of plaintiff's 14 questions that were presented to the defendants. Plaintiff objects because and pursuant to F. R. Civ. P., Rule 26, where he believes he is entitled not only to discoverable information, but also to any which *might lead* to discoverable information, he feels he has been treated unfairly.

November 22, 2005                                                    Respectfully submitted,
    Date

1

**CERTIFICATE OF SERVICE**

I, George Logue, plaintiff, hereby certify that on the 22nd day of November 2005, I caused a true copy of the document above to be served on the defense as listed below, by serving one copy of same, by first class mail postage paid.

*/s/ George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA