UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 DEC -9 P 2: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION

| | |
|---|---|
| George Logue | CASE NO. 03-12637- DPW |
| Plaintiff | |
| | **NOTICE FOR TAKING** |
| v. | **ORAL DEPOSITION** |
| The President and Fellows of Harvard Harvard University Police Department, et al. | |
| Defendants | |

Plaintiff hereby gives notice that on Wednesday, January 4, 2006, at 1 P.M., at the United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02110, before a Notary Public and court officials appointed by this court pursuant to Rule 28(a), plaintiff, pro se, and in the above action for the prosecution, will take the depositions of defendant officers Marren, Healy, DiVergilio, Twomey, and the plain clothes officer who was present, and each of the Harvard University Police Department. [The intent is to learn the identity of the plainclothes officer, if defendant Marren will answer the accompanying interrogatory beforehand] In addition, Plaintiff, pro se, will take the depositions of The President, and or his representative of the defendant corporation, and as outlined in the accompanying Motion To Take Deposition.

The oral examination will continue from day to day until completed. You are invited to attend and examine the said defendants.

George Logue
General Delivery
Boston, MA 02205

December 9, 2005

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 9th day of December 2005, I caused a true copy of the documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA 02