UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -9 P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION

CASE NO. 03-12637-DPW

George Logue

    Plaintiff

v.

The President
and Fellows of Harvard
Harvard University Police Department, et al.

    Defendants

## PLAINTIFF'S MOTION TO TAKE DEPOSITION
## WITHIN 30 DAYS AFTER SERVICE

    Plaintiff, moves this Honorable Court for an order pursuant to Rule 28 and 30 of the Federal Rules of Civil Procedure, granting this plaintiff leave to take the oral depositions of The President of Harvard University and the defendant Corporation or a representative of himself, pursuant to Rule 30(b)(6), and prior to the 30 days, or the end of the discovery period, and after service of such notice is made upon defendant. The President, and or his representative of the defendant corporation, having knowledge of the facts, files, books, papers, and documents of this case, including the policies and procedures of the defendant corporation and its employees, is requested to answer questions pertaining and relating to these materials in connection with this case.

    The depositions are to be taken at the United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02110, before a Notary Public and court officials appointed by this court pursuant to Rule 28(a), and at the proposed times in the Notices accompanying this motion. Plaintiff, pro se, will take the depositions of The President, and or his representative of the defendant corporation

George Logue
General Delivery
Boston, MA 02205

December 9, 2005