DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

George Logue

    Plaintiff,

v.

Harvard University

    Defendant.

CIVIL ACTION
NO.: 03-12637-DPW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF THE PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY, AS WELL AS OFFICERS MARREN, HEALY, DIVERGILIO TWOMEY AND SAID UNKNOWN OFFICER

Now comes the defendants, The President and Fellows of Harvard University; Officers Marren, Healy; DiVergilio and Twomey hereafter ("Harvard") and move to quash the plaintiff's motion to take their depositions. The plaintiff is seeking to take the depositions of Harvard in a manner that has been previously denied . See *Court's Order of October 13, 2005 Denying Docket Entry Number 23*. Furthermore, the time period for the type of discovery that the plaintiff seeks has expired. Id. At that same hearing, the Court while allowing the plaintiff to amend his complaint to add the individual officers as defendants, denied the plaintiff's motion to extend the time period to complete discovery. Id. At a subsequent hearing on this same issue, the Court did permit limited discovery in the form of Harvard deposing the plaintiff. See *Court's Order of November 10, 2005*. The deposition of the plaintiff was the sole form of discovery permitted by

the Court. Id.

Finally, it is Harvard's understanding that the plaintiff represented to the Court he had no intention of taking any depositions in this case.

Pursuant to Fed. R. Civ. P. 26, a party from whom discovery is sought may seek an order of protection. The plaintiff is now seeking to conduct discovery that has been previously barred by this Court. Therefore, Harvard is seeking the protections allowed by Fed. R. Civ. 26.

WHEREFORE, the defendants respectfully request that you quash the plaintiff's notices of taking deposition.

                        HARVARD UNIVERSITY
                        By their attorney,


                        */s/ Robert W. Healy*
                        John F. Rooney, III
                        BBO# 426895
                        Robert W. Healy
                        BBO# 630714
                        Melick, Porter & Shea, LLP
                        28 State Street
                        Boston, MA 02109-1775
                        (617) 523-6200

DATED:     12/19/05

## CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> George Logue
> General Delivery
> Boston, MA 02205

> */s/ Robert W. Healy*
> Robert W. Healy

Date:   December 19, 2005