DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

George Logue

    Plaintiff,

v.   CIVIL ACTION
    NO.: 03-12637-DPW

Harvard University

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S MOTION TO TAKE DEPOSITION AND DISCOVERY REQUESTS

Now comes the defendants, President and Fellows of Harvard College; Officers Marren, Healy; DiVergilio and Twomey hereafter ("Harvard") and oppose the plaintiff's motion to take the deposition of The President and Fellows of Harvard College. As grounds for this motion, the defendant states that it cannot ascertain from the plaintiff's motion the relief sought and asks for a more definitive statement as to the same.

However, assuming *arguendo* that the plaintiff is seeking to take the deposition of the defendant or defendants, this Court has previously denied this same motion. See *Court's Order of October 13, 2005 Denying Docket Entry Number 23*. Furthermore, the Court denied the plaintiff's motion to extend the period of time to complete discovery at that same hearing. Id.

At a subsequent hearing on similar issues, the Court did permit limited discovery in the form of Harvard deposing the plaintiff. See *Court's Order of November 10, 2005*. The

deposition of the plaintiff was the <u>sole</u> form of discovery permitted by the Court. <u>Id</u>.

Finally, it is Harvard's understanding that the plaintiff represented to the Court he had no intention of taking any depositions in this case.

WHEREFORE, the defendants respectfully request that you deny the plaintiff's motion.

> HARVARD UNIVERSITY
> By their attorney,
>
>
> */s/ Robert W. Healy*
> John F. Rooney, III
> BBO# 426895
> Robert W. Healy
> BBO# 630714
> Melick, Porter & Shea, LLP
> 28 State Street
> Boston, MA 02109-1775
> (617) 523-6200

DATED:    12/19/05

CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> George Logue
> General Delivery
> Boston, MA 02205

> /s/ Robert W. Healy
> Robert W. Healy

Date:   December 19, 2005