UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

George Logue )  Case No: 03-12637 - DPW
)
    Plaintiff )
)
v. )
)
The President and Fellows of )
Harvard University, et al. )
)
    Defendant )

OPPOSITION OF PLAINTIFF TO
DEFENDANT'S MOTION (docket 51) To Dismiss Plaintiff's Amended Complaint

    Pursuant to Federal Rules of Civil Procedure, Rule 12, plaintiff submits this Opposition to defendant The President and Fellows of Harvard University and The Harvard University Police Department, Marren, Healy, DiVergilio, and Twomey (collectively, the "defendants") motion where he opposes any suggestion that the complaint be dismissed. This opposition is submitted to this Honorable Court for reasons, including but not limited to issues raised in Plaintiff's Memorandum of Law and the accompanying affidavit (docket 38 & 39) to support his Opposition to the summary motion that had been submitted by defendant and subsequently rescinded. In any event, while issues surrounding available means to discovery remain, and plaintiff had in fact responded to defendant's notice, (see attached letter), and aside from having given a response twice already to the prior notices, the defendant's motion is unfounded.

WHEREFORE, plaintiff requests that defendant's motion be denied and further, that defendant be urged to complete the most recent interrogatory, which has been submitted to defendant for completion prior to the end of discovery.

Respectfully submitted,

January 5, 2006
Date

2