George Logue
General Delivery
Boston, MA 02205

December 14, 2005

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA 02109

    Re: Logue v. Harvard University, et al., Case 03 – 12637 - DPW

Dear Mr. Healy,

    Please refer to my affidavits of August 22, 2005 and October 7, 2005. If you received my recent submittals, regarding notices for depositions, you may rest assured I am eager to do each of the oral depositions when and if equal opportunity is granted by the court. Being a layman in these things, I am not able to predict what type of response my latest requests will yield. Meanwhile, your immediate attention to the interrogatory I issued December 9, 2005, would be a great help in preparing for depositions after the New Year, but prior to the end of discovery.

                    Sincerely,

                    George Logue

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 5th day of January 2006, I caused a true copy of the documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA 02109