UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

George Logue                             )        Case No: 03-12637 - DPW
                                         )
         Plaintiff                       )
                                         )
v.                                       )
                                         )
The President and Fellows of             )
Harvard University, et al.               )
                                         )
         Defendant                       )

### AFFIDAVIT SUPPORTING PLAINTIFF'S OPPOSITION
### TO THE DEFENDANT'S MOTION TO DISMISS

1  I am currently a resident of the state of Massachusetts, Middlesex County. I have personal knowledge of the matters set forth in this declaration, and if called to testify with respect thereto, could and would do so competently under oath.

2  Plaintiff has submitted several inquiries regarding and attempting to gather discoverable information pertaining to this case, and in accordance with Federal Rules of Civil Procedure, Rule 26. To date, these include two interrogatories and one Request for Production of Documents. One interrogatory, the latest submitted to defendant in December 2005, remains outstanding and unanswered.

3  Regarding depositions, several pleadings had been submitted pertaining to the taking of depositions by each of the parties. Because of the concerns mentioned in plaintiff's letter (attached to motion), and for reasons cited in the accompanying memorandum, plaintiff had submitted motions pursuant to Rule 28 and 30 and which had yet to be ruled upon by the court during the period which defendant had presented notice to take depositions.

I declare under the laws of the United States of America and under the penalty of perjury that the foregoing is true and correct.

January 12, 2006
     Date

1