UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                            *
George Logue,                               *
                                            *
        Plaintiff,                          *
                                            *
v.                                          *   CIVIL ACTION
                                            *   NO.: 03-12637-DPW
                                            *
The President and Fellows of Harvard,       *
Harvard University Police Department,       *
et al.,                                     *
                                            *
        Defendants.                         *
                                            *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant Officer Marren

Interrogatory No. 1

Please state your full name, Date of Birth, and position.

Answer No. 1

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed by the Court for discovery. Without waiving this objection, the defendant states the following. Charles Marren; DOB: 5/30/58; Police Officer, Harvard University.

Interrogatory No. 2

Please state your affiliation with the named defendants regarding the incident in this case.

Answer No. 2

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed by the Court for discovery. Without waiving this objection, the defendant states the following. I am an employee of the defendant, The President and Fellows of Harvard

College. The other defendants are fellow officers within my department.

Interrogatory No. 3

Please identify the plain clothes man, and or person, who accompanied and oversaw you, and oversaw the incident in the related case. The question refers specifically to the incident of January 3, 2003 in Harkness Hall at Harvard Law School, and approximately at that time when the encounter including yourself and the said plain clothes man was concluding in the breezeway near the exit.

Answer No. 3

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed for discovery. The defendant further objects to the extent that it it is vague, confusing and overbroad. Without waiving this objection, the defendant states the following. No one oversaw me, oversaw the incident, or my interaction with the plaintiff. At times, other Harvard University Police Officers responded to the scene and subsequently cleared the scene. I cannot state, nor identify, who the plaintiff is referring to as the "plain clothes man and or person." However, Officer Twomey was not in a standard Harvard University Police Department uniform on that date.

Interrogatory No. 4

Please state whether this person was your supervisor.

Answer No. 4

See Answer Number Three. Officer Twomey was not my supervisor.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS _17TH_ DAY OF JANUARY 2006.

_____
Charles Marren

Objections by,

_____
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO# 630714
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

DATED: _1/18/06_

CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I
forwarded notice of the foregoing document(s) by mailing a copy
thereof, postage prepaid to the following:

George Logue
General Delivery
Boston, MA 02205


Robert W. Healy

Date:    1/18/06