UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | |
|---|---|
| George Logue | CASE No. 03 – 12637 - DPW |
| Plaintiff | |
| v. | |
| The President and Fellows of Harvard, Harvard Police Department, et al. | |
| Defendants | |

**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS, THE PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY, et al. FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS**

Plaintiff hereby moves that this Court, pursuant to Federal Rules of Civil Procedure, Rule 37, to level appropriate sanctions against defendants The President and Fellows of Harvard, Harvard Police Department, et al. (collectively the "defendants"). As grounds therefore, plaintiff states as follows:

1. On Decmber 9, 2005 plaintiff served on defense counsel, pleadings including an additional interrogatory. True and correct copies of the interrogatory were served to the defendant's counsel.

2. On January 12, 2006 the parties were heard on, amongst other things, prior and outstanding pleadings regarding discovery and the taking of depositions. On that date the court ordered, to wit: "defendant shall answer plaintiff's interrogatory." (excerbted from court notes)

3.  As set forth in the accompanying affidavit of George Logue and memorandum, defendants have failed to fully comply with that order.

    Rule 37(a)(3) of F.R.C.P. states that evasive or incomplete disclosure, answer or response is to be treated as a failure to disclose, answer or respond. Section (b)(2) permits the court to level appropriate sanctions for failure of a party to comply with an order compelling discovery.

Defendants, well aware of concerns expressed at both status hearings, pertaining to plaintiff's relatively limited ability to conduct discovery, have now even resisted what means plaintiff has attempted to use in discovery. And it is apparent that defendant has made no attempt, nor has it offered either the court or plaintiff any explanation or justification for the non-compliance.

Wherefore, the reasons herein, plaintiff requests that this motion be allowed.

Respectfully submitted,

January 27, 2006
Date

*/s/ George Logue*

2