# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
|  | CASE No. 03 – 12637 DPW |
| Plaintiff |  |
| v. |  |
| The President and Fellows of Harvard, Harvard Police Department, et al. |  |
| Defendants |  |

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SANCTIONS

Now comes the plaintiff, who hereby presents the accompanying Motion For Sanctions relative to the discovery issues and orders issued by the court in this action.

In support hereof, plaintiff refers to the affidavit by George Logue, submitted with this pleading and which reflects the defendants evasive answers and non-compliance with the court's order pertaining to the interrogatory.

January 27, 2006
Date