UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

CASE NO. 03-12637 DPW

George Logue

    Plaintiff

v.

The President and Fellows of Harvard,
Harvard Police Department, et al.

    Defendants

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS

I, George Logue, depose on oath and state as follows:

1. I am the plaintiff in the above-entitled action.

2. On Decmber 9, 2005 I sent by first class mail to the defendants, The President and Fellows of Harvard University, Harvard University Police Department, et al., by way of their defense counsel, copies of an additional interrogatory. On January 12, 2006 the court ordered defendants to answer the interrogatory.

3. On or about January 20, 2006 plaintiff received defendant's answers to the interrogatory, a copy of which is attached hereto.

Signed under the pains and penalties of perjury this 27th day of January 2006.

*[signature: George Logue]*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *
George Logue,

    Plaintiff,

v.                                    CIVIL ACTION
                                      NO.: 03-12637-DPW

The President and Fellows of Harvard,
Harvard University Police Department,
et al.,

    Defendants.

* * * * * * * * * * * * * * * *

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant Officer Marren

Interrogatory No. 1

Please state your full name, Date of Birth, and position.

Answer No. 1

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed by the Court for discovery. Without waiving this objection, the defendant states the following. Charles Marren; DOB: 5/30/58; Police Officer, Harvard University.

Interrogatory No. 2

Please state your affiliation with the named defendants regarding the incident in this case.

Answer No. 2

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed by the Court for discovery. Without waiving this objection, the defendant states the following. I am an employee of the defendant, The President and Fellows of Harvard

College. The other defendants are fellow officers within my department.

Interrogatory No. 3

Please identify the plain clothes man, and or person, who accompanied and oversaw you, and oversaw the incident in the related case. The question refers specifically to the incident of January 3, 2003 in Harkness Hall at Harvard Law School, and approximately at that time when the encounter including yourself and the said plain clothes man was concluding in the breezeway near the exit.

Answer No. 3

The defendant objects to this Interrogatory to the extent that it seeks information beyond the time period prescribed for discovery. The defendant further objects to the extent that it it is vague, confusing and overbroad. Without waiving this objection, the defendant states the following. No one oversaw me, oversaw the incident, or my interaction with the plaintiff. At times, other Harvard University Police Officers responded to the scene and subsequently cleared the scene. I cannot state, nor identify, who the plaintiff is referring to as the "plain clothes man and or person." However, Officer Twomey was not in a standard Harvard University Police Department uniform on that date.

Interrogatory No. 4

Please state whether this person was your supervisor.

Answer No. 4

See Answer Number Three. Officer Twomey was not my supervisor.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 17TH DAY OF JANUARY 2006.

_____
Charles Marren

Objections by,

_____
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO# 630714
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

DATED: 1/18/06

CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

George Logue
General Delivery
Boston, MA 02205

*Robert W. Healy*
Robert W. Healy

Date: 1/18/06

CERTIFICATE OF SERVICE

I, George Logue, hereby certify that on January 27, 2006, I caused a true copy of the documents above to be served on the parties listed below, by serving one copy of the same, by first class mail postage paid.

*George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA 02109