UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 NOV 14  A 10 43

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO.1:03-12637 DPW |
| v. | |
| The President and Fellows of Harvard | |
| Defendants | |

PLAINTIFF'S NOTICE OF APPEAL PERTAINING TO
COURT ORDER ISSUED AT HEARING OCTOBER 12, 2006

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Pursuant to Federal Rules of Appellate Procedure, Rules 3 and 4, plaintiff hereby submitts this Notice of Appeal pertaining to the District Court Order made at hearing October 12, 2006. This Notice pertains specifically to the ruling issued which compels the production of medical records and was recorded electronically on the case docket.

November 9, 2006                    Respectfully submitted,

1

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that I caused a true copy of the documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

11/10/06

*George Logue*

Mr. Robert Healy
Melick, Porter, & Shea
28 State Street
Boston, MA 02169