George Logue
General Delivery
Boston, MA 02205



November 13, 2006

Michelle Rynne
Clerk of the Honorable Justice Woodlock
US District Court
1 Courthouse Way
Boston, MA 02210

Dear Ms. Rynne,

Attached please find Plaintiff's Motion For Order Terminating Depositon, which had been drafted and submitted to the court at the last hearing of October 12, 2006. This copy is now submitted with minor corrections pursuant to our telephone conversation because it had not been docketed after that hearing. Even though Justice Woodlock indicated he would not entertain such a motion, I believe it should be part of the record.

In addition please find, Plaintiff's SupplementaL Memorandum of Law In Support of His Motion For Sanctions For Defendant's Failure to Comply With Order of The Court, And Opposition of Plaintiff To Renewed Motion To Dismiss. This is being submitted to supplement plaintiff's Motion For Sanctions which was submitted November 9, 2006.

Thank you for your assistance in these matters.

Very truly yours,

George Logue