

# MELICK, PORTER & SHEA, LLP
### COUNSELLORS AT LAW

Robert W. Healy
(617) 502-9601

rhealy@melicklaw.com

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
ROBERT R. HAMEL, JR.
ROBERT W. HEALY
JENNIFER B. HARDY
ANGELA L. LACKARD
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA CLARK
JEREMY Y. WELTMAN
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
EVAN C. OUELLETTE
DENNIS M. LINDGREN
GREGORY M. BOUCHER *(NH)
DONNA D. CONVICER (CT ONLY)
NICOLE L. COOK *(NH)
DIANA D. DELANEY

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA M. MARCIN
VINCENT P. DUNN

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

369 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

65 BANK STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

65 MAIN STREET
PLYMOUTH, MA 02360
(508) 746-5976

MELICKLAW.COM

November 16, 2006

Mr. George Logue
General Delivery
Boston, MA 02225

Re:   *Logue v. Harvard University, et al.*   C.A. No.  03-12637 DPW

Dear Mr. Logue:

    This letter is in follow up to my November 10, 2006 letter to you enclosing a proposed Protective Order. Obviously, there was some confusion between us with respect to which was to occur first, the list of medical providers being provided to the defendant versus a proposed Protective Order be exchanged between the parties. Because of this apparent confusion, I am willing to withdraw my motion to dismiss with the proper execution of a Protective Order and the submission of a complete list of your medical providers. This was evidenced my November 10, 2006 letter. And, it is my understanding this was the Court's desire when I spoke to Ms. Rynne last week.

    I hope this confusion can be resolved and all motions filed by the parties with respect to this confusion be withdrawn. Please contact me to discuss.

Very truly yours,

Robert W. Healy

RWH/mk

cc. Michelle Rynne, Clerk, United States District Court