George Logue
General Delivery
Boston, MA 02205

November 18, 2006

Mr. Robert Healey
Melick, Porter, & Shea LLP
28 State Street
Boston, MA  02109

FILED
CLERKS OFFICE
2006 NOV 21  P 2: 57
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Logue v. The President and Fellows of Harvard et al., Case No. 03-12637 DPW

Mr. Healey,

I am in receipt of your letter of November 16, 2006. Now see, reaching me wasn't that difficult, was it? Upon reading your letter I must say that the ease with which you are able to issue false accusations, and then rescind them is an attribute to your profession.

As near as I can tell, there was no confusion. There was no effort on your part to confer prior to submitting your motion which is laced with blatantly incorrect assertions of the events after the hearing of October 12, 2006. Having signed to the effect that you had conferred, as outlined in local rule 7.1, you violated Rule 11, AGAIN!! If you wish to withdraw your motion to dismiss, that is certainly your prerogative. As you have gone to some length to point out and make incorrect assertions as to my lack of compliance in these things, obviously you must know what action is now best. But the fact remains that you violated several rules, as outlined in my pleadings dated and submitted November 9 and November 13, 2006. In those pleadings, I have characterized, as best as I may – proceeding only "pro se" – that although I am not a licensed legal practitioner, I have bent over backwards trying to move this case to a fair trial. However, the likes of your most recent antics, again, have caused unneeded consternation and cost.

Regarding these issues now, after several weeks of inherent stress and cost caused by your motion, my recent pleadings will not be withdrawn.  Some remaining privacy issues still are to be resolved, however I believe the record clearly shows that your motion could only have been submitted with mean intentions and to cause further delay. Your dilatory tactics, in your original motion to dismiss, were already answered by this court.

Yours truly,

*George Logue*
George Logue

cc: Michelle Rynne, Clerk, United States District Court