APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:03-cv-12637-DPW

Logue v. Harvard University  
Assigned to: Judge Douglas P. Woodlock  
Cause: 42:1983 Civil Rights Act

Date Filed: 12/15/2003  
Jury Demand: Defendant  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

George Logue

represented by George Logue  
General Delivery  
Boston, MA 0[...]  
PRO SE



V.

**Defendant**

Harvard University

represented by John F. Rooney  
Melick, Porter & Shea, LLP  
28 State Street  
Boston, MA 02109-1775  
617-523-6200  
Fax: 617-523-8130  
Email: jrooney@melicklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Robert W. Healy  
Melick, Porter & Shea, LLP  
28 State Street  
Boston, MA 02176  
617-523-6200  
Fax: 617-523-8130  
Email: rhealy@melicklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2003 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) Additional attachment(s) added on 9/28/2004 (Jenness, Susan). (Entered: 12/31/2003) |

| Date | Doc # | Description |
|---|---|---|
| 12/31/2003 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 12/31/2003) |
| 01/29/2004 | 2 | NOTICE of Change of Address by George Logue. (Rynne, Michelle) (Entered: 02/02/2004) |
| 03/03/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis.The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. Copy of Order mailed to plaintiff. (Morse, Barbara) Modified on 3/4/2004 (Morse, Barbara). (Entered: 03/04/2004) |
| 03/03/2004 | 4 | COMPLAINT against Harvard University, filed by George Logue.(Jenness, Susan) (Entered: 03/08/2004) |
| 03/03/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 03/08/2004) |
| 03/08/2004 |  | File forwarded for labelling and then on for preliminary screening of the complaint (Jenness, Susan) (Entered: 03/08/2004) |
| 04/30/2004 | 5 | Judge Douglas P. Woodlock : ORDER FOR ISSUANCE OF SUMMONS AND SERVICE BY UNITED STATES MARSHALS SERVICE entered.(Morse, Barbara) (Entered: 04/30/2004) |
| 04/30/2004 |  | Summons Issued as to Harvard University. (Morse, Barbara) (Entered: 04/30/2004) |
| 07/01/2004 | 6 | MOTION for Extension of Time for 30 days to make service by George Logue.(Rynne, Michelle) (Entered: 07/06/2004) |
| 07/14/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 6 MOTION for Extension of Time for 30 days to make service by George Logue (Greenberg, Rebecca) (Entered: 07/14/2004) |
| 07/14/2004 | 7 | MOTION to Amend 4 Complaint by George Logue. (Attachments: # 1 Amended Complaint)(Rynne, Michelle) (Entered: 07/16/2004) |
| 08/03/2004 | 8 | MOTION for Extension of Time for 60 days to serve defendants with the complaint by George Logue.(Rynne, Michelle) (Entered: 08/04/2004) |
| 09/29/2004 |  | Remark: [clerk speaks with George Logue re: serving the amended complaint] (Greenberg, Rebecca) (Entered: 09/29/2004) |
| 10/01/2004 | 9 | SUMMONS Returned Executed Harvard University served on 9/30/2004, answer due 10/20/2004. (Rynne, Michelle) (Entered: 10/07/2004) |
| 10/20/2004 | 11 | ANSWER to Complaint with Jury Demand by Harvard University.(Rynne, Michelle) (Entered: 10/22/2004) |
| 10/22/2004 | 10 | NOTICE of Scheduling Conference: Scheduling Conference set for 11/29/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. |

| | | |
|---|---|---|
| | | Woodlock. (Greenberg, Rebecca) (Entered: 10/22/2004) |
| 10/29/2004 | 12 | Coppy of Letter/request (non-motion) from George Logue to Robert W. Healy. (Barrette, Mark) (Entered: 11/16/2004) |
| 11/19/2004 | 13 | MOTION to be exempt from electronic filing by George Logue.(Nici, Richard) (Entered: 11/22/2004) |
| 11/23/2004 | 14 | Joint Proposed PRETRIAL Schedule by Harvard University. (Healy, Robert) Modified on 12/10/2004 to clarify text. (Hurley, Virginia). (Entered: 11/23/2004) |
| 11/24/2004 | 15 | First CERTIFICATION pursuant to Local Rule 16.1 (D)(3) by Harvard University. (Attachments: # 1 Supplement Certificate of Service)(Healy, Robert) (Entered: 11/24/2004) |
| 11/24/2004 | 16 | Proposed Document(s) submitted by George Logue. Document received: Joint Proposed Pretrial Schedule. (Nici, Richard) (Entered: 11/29/2004) |
| 11/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 11/29/2004; motion to amend - moot; motion to extend time - moot; motion to be exempt from electronic filing - granted; discovery by 6/30/05; dispositive motions by 7/29/05; response due in 14 days; automatic discovery by 12/15/04; amendments by 1/5/05; further scheduling conference set for 8/16/05 at 2:30; status report due 8/9/05. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/30/2004) |
| 11/29/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered finding as moot, in light of plaintiff's service and defendant's response to complaint, 7 Motion to Amend complaint and 8 Motion for Extension of Time to serve defendants; granting 13 plaintiff's Motion to be exempt from electronic filing. (Rynne, Michelle) (Entered: 11/30/2004) |
| 11/29/2004 | 17 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER: Further Scheduling Conference set for 8/16/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Amended Pleadings due by 1/5/2005. Discovery due by 6/30/2005. Dispositive Motions due by 7/29/2005. Automatic discovery exchanged by 12/15/05. Status report due 8/9/05.(Rynne, Michelle) (Entered: 11/30/2004) |
| 12/15/2004 | 18 | Document disclosure of this Plantiff pursuant to Federal Rule of Civil Procedure 26(a)(1) by George Logue.(Nici, Richard) (Entered: 12/16/2004) |
| 05/19/2005 | 19 | MOTION for Recusal by George Logue.(Nici, Richard) (Entered: 05/19/2005) |
| 05/20/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 19 Motion for Recusal (Woodlock, Douglas) (Entered: 05/20/2005) |
| 05/25/2005 | 20 | MOTION for Extension of Time to 5/27/05 to Complete Discovery, MOTION Guidance by George Logue.(Nici, Richard) (Entered: |

| | | |
|---|---|---|
| | | 05/26/2005) |
| 06/28/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 20 Motion for Extension of Time to Complete Discovery: Discovery due by 8/15/2005. Motions due by 9/12/2005. Status Report due by 10/6/2005. Further Scheduling/Status conference set for 10/13/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 06/28/2005) |
| 06/28/2005 | | NOTICE OF RESCHEDULING Further Scheduling/Status Conference reset for 10/13/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 10/6/05.(Rynne, Michelle) (Entered: 06/28/2005) |
| 07/05/2005 | 21 | Letter/request (non-motion) from Robert W. Healy. (Nici, Richard) (Entered: 07/05/2005) |
| 07/07/2005 | 22 | MOTION to Appoint person before whom deposition may be taken by George Logue.(Nici, Richard) (Entered: 07/12/2005) |
| 07/07/2005 | 23 | MOTION to Take Deposition & limit examination from Harvard University by George Logue.(Nici, Richard) (Entered: 07/12/2005) |
| 07/13/2005 | 24 | First Opposition re 22 MOTION to Appoint Custodian *Before Whom Deposition May Be Taken* filed by Harvard University. (Healy, Robert) (Entered: 07/13/2005) |
| 07/13/2005 | 25 | First Opposition re 23 MOTION to Take Deposition from Harvard University filed by Harvard University. (Healy, Robert) (Entered: 07/13/2005) |
| 07/25/2005 | 26 | AFFIDAVIT of George Logue by George Logue. (Nici, Richard) (Entered: 07/26/2005) |
| 07/25/2005 | 27 | MOTION for Production of Documents by George Logue.(Nici, Richard) (Entered: 07/26/2005) |
| 08/24/2005 | 28 | MOTION for Extension of Time to Complete Discovery by George Logue.(Nici, Richard) (Entered: 08/24/2005) |
| 08/24/2005 | 29 | AFFIDAVIT of George Logue by George Logue. (Nici, Richard) (Entered: 08/24/2005) |
| 08/24/2005 | 30 | MOTION to Compel and response to defendant's response to plaintiff's motion for production of documents by George Logue.(Nici, Richard) (Entered: 08/24/2005) |
| 08/26/2005 | 31 | Opposition re 30 MOTION to Compel *Production of Documents* filed by Harvard University. (Healy, Robert) (Entered: 08/26/2005) |
| 08/26/2005 | 32 | Opposition re 28 MOTION for Extension of Time to Complete Discovery filed by Harvard University. (Healy, Robert) (Entered: 08/26/2005) |
| 09/02/2005 | 33 | Response to Defendant's Opposition re 28 MOTION for Extension of Time to Complete Discovery filed by George Logue. (Nici, Richard) |

| | | |
|---|---|---|
| | | (Entered: 09/06/2005) |
| 09/12/2005 | 34 | MOTION for Summary Judgment by Harvard University. (Attachments: # 1 Supplement Memorandum in Support of Motion for Summary Judgment)(Healy, Robert) (Entered: 09/12/2005) |
| 10/07/2005 | 36 | Letter/request (non-motion) from George Logue. (Nici, Richard) (Entered: 10/11/2005) |
| 10/07/2005 | 37 | AFFIDAVIT in Support re 35 Status Report. (Nici, Richard) (Entered: 10/11/2005) |
| 10/11/2005 | 35 | STATUS REPORT by Harvard University. (Healy, Robert) (Entered: 10/11/2005) |
| 10/12/2005 | 38 | MEMORANDUM in Opposition re 34 MOTION for Summary Judgment filed by George Logue. (Nici, Richard) (Entered: 10/13/2005) |
| 10/12/2005 | 39 | MEMORANDUM in Support re Opposition to 34 MOTION for Summary Judgment filed by George Logue. (Attachments: # 1 Part 2# 2 Part 2)(Nici, Richard) (Entered: 10/13/2005) |
| 10/13/2005 | 40 | MOTION to Strike *Plaintiff's Opposition to Defendant's Motion for Summary Judgment* by Harvard University.(Healy, Robert) (Entered: 10/13/2005) |
| 10/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 10/13/2005, Court addresses motions filed by Mr. Logue in other cases in which he is the plaintiff. This Court lacks jurisdiction to deal with those motions, as those case are now on appeal. LOGUE V HARVARD: 40 MOTION to Strike *Plaintiff's Opposition to Defendant's Motion for Summary Judgment* filed by Harvard University - DENIED; 22 MOTION to Appoint Custodian - DENIED 23 MOTION to Take Deposition from Harvard University - DENIED, time for depositions has expired 30 MOTION to Compel filed by George Logue ALLOWED to the extent indicated in open court and reflected in the stenographers notes; 27 MOTION for Production of Documents TERMINATED, 28 MOTION for Extension of Time to Complete Discovery filed by George Logue DENIED, subject to additional defendants and rulings made today. Defendant shall file a response to production of documents (not the documents) by 10/20/05. Defendant shall produced and mail documents identified by Court re Motion 27 by 10/20/05. Attorney Healy is required to be available to receive a telephone call from plaintiff on Friday, 10/21/05 between 9:45 am and 10:30 am. By 10/20/05 Defendant shall file response re: internal investigations of any of the 4 officers involved - If files exist, Court will review in camera. Defendant may file an amended complaint by 10/27/05. Mr. Healy will report by 11/3/05 whether he will accept service for amended parties. Further scheduling/status conference scheduled for 11/10/05 at 2:30 p.m. Schedule will be set re further briefing of 34 motion for summary judgment.(Court Reporter Pam Owens.) (Rynne, Michelle) |

| | | |
|---|---|---|
| | | (Entered: 10/13/2005) |
| 10/18/2005 | 41 | Objection to the Court's Rulings at Hearing by George Logue. (Nici, Richard) (Entered: 10/19/2005) |
| 10/19/2005 | 42 | RESPONSE to Motion filed by Harvard University. FILED UNDER SEAL & IN CAMERA (Nici, Richard) Not scanned. (Entered: 10/20/2005) |
| 10/25/2005 | 43 | AMENDED COMPLAINT against Harvard University, filed by George Logue.(Nici, Richard) (Entered: 10/25/2005) |
| 10/31/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : In Camera Hearing held on 10/31/2005 re: [42] Response. Defendant shall make supplemental ex parte filing for in camera review. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 10/31/2005) |
| 11/02/2005 | 44 | Response by Harvard University in addition to [42] Response to Motion. FILED UNDER SEAL IN CAMERA (Nici, Richard) (Entered: 11/03/2005) |
| 11/10/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 11/10/2005, After in camera review, Court will not compel disclosure of material filed by defendant. 34 MOTION for Summary Judgment filed by Harvard University withdrawn without prejudice to renewal after discovery. Limited Discovery shall be completed by 1/6/06. Attorney Healy will accept service for all named defendants. Answer due 11/28/05. Plaintiff has until 1/6/06 to identify any unnamed parties. Status Conference set for 1/12/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/10/2005) |
| 11/18/2005 | 45 | ANSWER to Amended Complaint by Harvard University.(Healy, Robert) (Entered: 11/18/2005) |
| 11/22/2005 | 46 | Objection to rulings at hearing by George Logue. (Nici, Richard) (Entered: 11/28/2005) |
| 12/09/2005 | 47 | NOTICE for taking oral deposition by George Logue (Nici, Richard) (Entered: 12/13/2005) |
| 12/09/2005 | 48 | MOTION to take deposition within 30 days by George Logue.(Nici, Richard) (Entered: 12/13/2005) |
| 12/19/2005 | 49 | MOTION to Quash *Plaintiff's Notice of Taking Deposition of The President and Fellows of Harvard University. As Well As Officers Marren, Healy, DiVergilio, Twomey and Said Unknown Officer* by Harvard University.(Healy, Robert) (Entered: 12/19/2005) |
| 12/19/2005 | 50 | Opposition re 48 MOTION to take deposition within 30 days filed by Harvard University. (Healy, Robert) (Entered: 12/19/2005) |

| | | |
|---|---|---|
| 12/23/2005 | 51 | MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition* by Harvard University.(Healy, Robert) (Entered: 12/23/2005) |
| 12/27/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 48 Motion to take deposition within 30 days, granting 49 Motion to Quash Notice of taking deposition. (Rynne, Michelle) (Entered: 12/27/2005) |
| 01/05/2006 | 52 | MEMORANDUM in Opposition re 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition* filed by George Logue. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 01/10/2006) |
| 01/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 1/12/2006. 51 Motion to dismiss taken under advisement. Defendant shall answer plaintiffs interrogatories previously served. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/12/2006) |
| 01/12/2006 | 53 | MEMORANDUM in Support re 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition* filed by George Logue. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 01/13/2006) |
| 01/18/2006 | 54 | Proposed Document(s) submitted by Harvard University. Document received: Defendants' Answers to Plaintiff's Interrogatories. (Healy, Robert) (Entered: 01/18/2006) |
| 01/27/2006 | 55 | MOTION for Sanctions by George Logue.(Nici, Richard) (Entered: 01/30/2006) |
| 01/27/2006 | 56 | MEMORANDUM in Support re 55 MOTION for Sanctions filed by George Logue. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 01/30/2006) |
| 02/02/2006 | 57 | Opposition re 55 MOTION for Sanctions *and Renewed Motion to Dismiss* filed by Harvard University. (Healy, Robert) (Entered: 02/02/2006) |
| 06/12/2006 | | ELECTRONIC NOTICE of Hearing on Motion 55 MOTION for Sanctions, 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition*: Motion Hearing set for 6/22/2006 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/12/2006) |
| 06/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 6/22/2006. 55 MOTION for Sanctions filed by George Logue - DENIED; 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition* filed by Harvard University - DENIED upon direction that defendant appear for deposition on 7/13/06 at 10:00 a.m. at Melick, Porter and Shea. Deposition shall take no longer than 2 hours. Parties should be preparing for trial. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/22/2006) |

| 08/11/2006 | 58 | MOTION to Compel *Further Deposition Testimony and Production of Medical Records* by Harvard University.(Healy, Robert) Additional attachment(s) added on 8/14/2006 (Nici, Richard). (Entered: 08/11/2006) |
|---|---|---|
| 08/14/2006 |  | Notice of correction to docket made by Court staff. Correction: docket entry #58 corrected because:the exhibits were scanned with the motion and should be attachments. (Nici, Richard) (Entered: 08/14/2006) |
| 09/21/2006 |  | ELECTRONIC NOTICE of Hearing on 58 MOTION to Compel *Further Deposition Testimony and Production of Medical Records*: Motion Hearing set for 10/12/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Parties should be prepared to address any outstanding issue. (Rynne, Michelle) (Entered: 09/21/2006) |
| 10/12/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 10/12/2006 re 58 MOTION to Compel *Further Deposition Testimony and Production of Medical Records* - Allowed. By 10/20/06, plaintiff must identify providers (as far back as 1997). Plaintiff shall execute waivers authorizing defendant access to records subject to protective order. Defendant shall draft protective order. Deposition shall resume and defendant may inquire as to treatment starting in 1997. Parties should be prepared to go to trial in the spring of 2007. (Court Reporter D. Joyce.) (Rynne, Michelle) (Entered: 10/12/2006) |
| 10/26/2006 | 59 | MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Comply with Order of the Court* by Harvard University.(Healy, Robert) Additional attachment(s) added on 10/27/2006 (Nici, Richard). (Entered: 10/26/2006) |
| 10/27/2006 |  | Notice of correction to docket made by Court staff. Correction: docket entry # 59 corrected because: the contained an exhibit that was scanned with the motion. Exhibits should be filed as attachments. (Nici, Richard) (Entered: 10/27/2006) |
| 11/13/2006 | 60 | MOTION for Sanctions by George Logue.(Nici, Richard) (Entered: 11/13/2006) |
| 11/13/2006 | 62 | Letter/request (non-motion) from George Logue. (Nici, Richard) (Entered: 11/16/2006) |
| 11/13/2006 | 63 | MOTION for Order to terminating deposition by George Logue.(Nici, Richard) (Entered: 11/16/2006) |
| 11/13/2006 | 64 | MEMORANDUM in Support re 63 MOTION for Order to terminating deposition filed by George Logue. (Nici, Richard) (Entered: 11/16/2006) |
| 11/14/2006 | 61 | NOTICE OF APPEAL pertaining to Court order issued at hearing on October 12, 2006 by George Logue. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

|            |    |                                                                                                                                                    |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | and submitted to the Court of Appeals. Appeal Record due by 12/4/2006. (Nici, Richard) (Entered: 11/15/2006)                                       |
| 11/21/2006 | 67 | Letter/request (non-motion) from George Logue. (Nici, Richard) (Entered: 11/27/2006)                                                               |
| 11/22/2006 | 65 | Opposition re 60 MOTION for Sanctions filed by Harvard University. (Healy, Robert) (Entered: 11/22/2006)                                           |
| 11/22/2006 | 66 | Letter/request (non-motion) from Robert W. Healy *to George Logue, copying Michelle Rynne, Clerk.* (Healy, Robert) (Entered: 11/22/2006)           |