George Logue  
General Delivery  
Boston, MA 02205

FILED
IN CLERKS OFFICE

2007 JAN -3  A 11: 08

January 3, 2006

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of the Court  
U.S. District Court  
1 Courthouse Way  
Boston, MA 02210

    Re: Logue v. The President and Fellows of Harvard et al., Case No. 03-12637 DPW  
        MISTAKEN ASSIGNMENT OF APPEAL

Dear Sir/Madam,

    In order to clarify what it is that I am seeking, I am enclosing a refined and standardized NOTICE OF APPEAL TO A COURT OF APPEALS FROM AN **ORDER OF A DISTRICT COURT [attachment].**

    In November, I had filed Plaintiff's Notice of Appeal Pertaining To Court Order Issued At Hearing October 12, 2006, [exhibit 1]. I received a Notice of Schedule Opening and an Appearance Form from the Court of Appeals For the First Circuit in response to my petition and Notice of Appeal; although the original petition had pertained ONLY to a ruling in the ongoing case in the District Court, it apparently has been docketed in the Court of Appeals as a full appeal – this makes no sense.

    Again, where this case is ongoing, plaintiff was not requesting an appeal of the entire case. He had submitted his pleading only to argue the ruling mentioned in the particular hearing.

    Please, this file requires being amended to correctly reflect what is being appealed and the title caption also requires being corrected to accurately reflect the defendant as, not simply Harvard; the defendant title is The President and Fellows of Harvard et al.. The Appearance Form [exhibit 2] and Transcript request form, sent to me by the Court of Appeals, first circuit, were to be returned by January 3, 2007 and are attached herein.

    Please, will the court notify me, as to when this request for review is in order and as to when I may submit a brief? Thank you for your attention in this matter.

                                      Yours truly,

                                      George Logue

cc: Clerk, United States District Court  
Robert Healey