UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re

                                    CIVIL ACTION

George Logue                            ]

      Plaintiff                    ]   CASE NO.1:03-12637 DPW

v.

The President and
Fellows of Harvard et al.

      Defendants

Notice of Appeal to
United States Court of Appeals for the First Circuit,
<u>regarding the District Court Order of October 12, 2006 in the aforementioned case</u>

George Logue, the plaintiff, appeals to the United States Court of Appeals for the First Circuit from the Order of the district court for the district of Massachusetts, entered in this case on October 12, 2006. The District Court Order pertained to the ruling which, contrary to precedents, compels the production of medical records. The electronic entry is shown on the copy of the district court docket.

This request for a correction to the court's response to Plaintiff's original Notice of Appeal, which had been submitted November 9, 2006, is hereby submitted January 3, 2007.

                                                           /s/ George Logue

cc: Clerk, United States District Court
     Robert Healey

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:03-cv-12637-DPW

Logue v. Harvard University
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1983 Civil Rights Act

Date Filed: 12/15/2003
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

George Logue

represented by George Logue
General Delivery
Boston, MA 02205
PRO SE

V.

**Defendant**

Harvard University

represented by John F. Rooney
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email: jrooney@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Robert W. Healy
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02176
617-523-6200
Fax: 617-523-8130
Email: rhealy@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2003 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) Additional attachment(s) added on 9/28/2004 (Jenness, Susan). (Entered: 12/31/2003) |
| 12/31/2003 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 12/31/2003) |
| 01/29/2004 | 2 | NOTICE of Change of Address by George Logue. (Rynne, Michelle) (Entered: 02/02/2004) |
| 03/03/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis.The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. Copy of Order mailed to plaintiff. (Morse, Barbara) Modified on 3/4/2004 (Morse, Barbara). (Entered: 03/04/2004) |
| 03/03/2004 | 4 | COMPLAINT against Harvard University, filed by George Logue.(Jenness, Susan) |

| | | |
|---|---|---|
| 01/27/2006 | | Case 1:03-cv-12637-DPW Document 70-5 Filed 08/2007 Page 3 of 10 MEMORANDUM in Support re 55 MOTION for Sanctions filed by George Logue. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 01/30/2006) |
| 02/02/2006 | 57 | Opposition re 55 MOTION for Sanctions *and Renewed Motion to Dismiss* filed by Harvard University. (Healy, Robert) (Entered: 02/02/2006) |
| 06/12/2006 | | ELECTRONIC NOTICE of Hearing on Motion 55 MOTION for Sanctions, 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition*: Motion Hearing set for 6/22/2006 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/12/2006) |
| 06/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 6/22/2006, 55 MOTION for Sanctions filed by George Logue - DENIED; 51 MOTION to Dismiss *Plaintiff's Amended Complaint for Failure to Appear for Deposition* filed by Harvard University - DENIED upon direction that defendant appear for deposition on 7/13/06 at 10:00 a.m. at Melick, Porter and Shea. Deposition shall take no longer than 2 hours. Parties should be preparing for trial. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/22/2006) |
| 08/11/2006 | 58 | MOTION to Compel *Further Deposition Testimony and Production of Medical Records* by Harvard University.(Healy, Robert) Additional attachment(s) added on 8/14/2006 (Nici, Richard). (Entered: 08/11/2006) |
| 08/14/2006 | | Notice of correction to docket made by Court staff. Correction: docket entry #58 corrected because:the exhibits were scanned with the motion and should be attachments. (Nici, Richard) (Entered: 08/14/2006) |
| 09/21/2006 | | ELECTRONIC NOTICE of Hearing on 58 MOTION to Compel *Further Deposition Testimony and Production of Medical Records*: Motion Hearing set for 10/12/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Parties should be prepared to address any outstanding issue. (Rynne, Michelle) (Entered: 09/21/2006) |
| 10/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 10/12/2006 re 58 MOTION to Compel *Further Deposition Testimony and Production of Medical Records* - Allowed. By 10/20/06, plaintiff must identify providers (as far back as 1997). Plaintiff shall execute waivers authorizing defendant access to records subject to protective order. Defendant shall draft protective order. Deposition shall resume and defendant may inquire as to treatment starting in 1997. Parties should be prepared to go to trial in the spring of 2007. (Court Reporter D. Joyce.) (Rynne, Michelle) (Entered: 10/12/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/25/2006 17:08:08 | | | |
| PACER Login: | mp0366 | Client Code: | 000-000 |
| Description: | Docket Report | Search Criteria: | 1:03-cv-12637-DPW Start date: 12/15/2003 End date: 10/25/2006 |
| Billable Pages: | 5 | Cost: | 0.40 |

# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO.1:03-12637 DPW |
| v. |  |
| The President and Fellows of Harvard |  |
| Defendants |  |

### PLAINTIFF'S NOTICE OF APPEAL PERTAINING TO COURT ORDER ISSUED AT HEARING OCTOBER 12, 2006

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Pursuant to Federal Rules of Appellate Procedure, Rules 3 and 4, plaintiff hereby submits this Notice of Appeal pertaining to the District Court Order made at hearing October 12, 2006. This Notice pertains specifically to the ruling issued which compels the production of medical records and was recorded electronically on the case docket.

November 9, 2006                         Respectfully submitted,

                                         /s/ George Logue

# Exhibit 2

To be filed by: 1/3/07

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

## APPEARANCE FORM

Case No. 06-2752 Logue v. Harvard University, The President and Fellows of

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_George Logue_ as the
(Specify name of person or entity represented)

[✓] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

[ ] I do not represent a party to the appeal.

_George Logue_
(signature)

(SIGN ONLY IF PARTICIPATING)

Corrections:

Status:

George Logue

General Delivery

Boston, MA 02205

Telephone: Not on File

Fax: Not on File

Email: Not on File

**Court Of Appeals Bar Number:** _____

Has this case or any related case previously been on appeal?

Yes ____                    Court of Appeals No. _____
No  ✓

[ ] IF YOU WILL NOT BE PARTICIPATING IN THIS CASE, PLEASE CHECK HERE AND RETURN, AND GIVE US THE NAME AND ADDRESS OF ANOTHER ATTORNEY, IF ANY, WHO WILL PROVIDE APPELLATE REPRESENTATION.

_____

_____

NOTE: Must be signed by an Attorney admitted to practice before the United States Court of Appeals for the First Circuit pursuant to 1st Cir. R. 46.0(a)(2). If you are applying for admission, please return this appearance form **with** your application for admission.

If your name has changed since you were admitted to the First Circuit Bar PLEASE show the name under which you were admitted.

COUNSEL MUST COMPLETE & RETURN THIS APPEARANCE FORM
IN ORDER TO FILE PLEADINGS IN THIS COURT

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _Logue v. President and Fellows of Harvard et al._

District Court Case No. _03-12637_   District of _Massachusetts_

Date Notice of Appeal filed _11/09/06_   Court of Appeals Case No. _____

Form filed on behalf of _Logue_

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ✓ | District Court hearing 10/12/06 |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☒ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _George Logue_   Filer's Signature _George Logue_
Firm/Address _General Delivery, Boston, MA 02205_
Telephone number _(617) 859-0944_   Date mailed to court reporter _1/3/07_

(Court Reporter Use ONLY) Date received _____

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
## TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to Local Rules 3(b) and 10(a) if appellant fails to timely file a Transcript Report/Order Form.**

### TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file 2 copies of the form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### TRANSCRIPT ORDER INSTRUCTIONS

If the transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 10 days after filing the notice of appeal. Fed. R. App. P. 10(b). <u>Do not submit this form until financial arrangements have been made with the court reporter</u>. Appellant must file 2 copies of the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and Local Rules 3(b) and 10(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

NOTE: A separate transcript order (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

### COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court, provide the ordering party with a copy, and file a Certification of Filing Transcript with the Court of Appeals Clerk's Office. The Certification *must* be filed in this Court in order to establish timeliness of the transcript.