DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO.: 03-12637-DPW

GEORGE LOGUE,

       Plaintiff,

v.

HARVARD UNIVERSITY,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my withdrawal of appearance as counsel of record for the defendant, Harvard University, in the above-captioned matter.  Please note that John F. Rooney, III will continue as counsel to this defendant.

By its attorney,

/s/ Robert W. Healy
Robert W. Healy, BBO# 630714
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone:  (617) 523-6200
Facsimile:  (617) 523-8130

Dated:  February 27, 2007

## CERTIFICATE OF SERVICE

I, Robert W. Healy, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Robert W. Healy
Robert W. Healy

Dated: February 27, 2007

2