DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. NO.: 03-12637-DPW

| | |
|---|---|
| GEORGE LOGUE,<br><br>   Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

 Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Harvard University, in the above-captioned matter. Please note that John F. Rooney, III will continue as counsel to this defendant.

                   By its attorney,

                   /s/ Angela L. Lackard
                   Angela L. Lackard, BBO: #637789
                   Melick, Porter & Shea, LLP
                   28 State Street, 22nd Floor
                   Boston, Massachusetts 02109
                   Telephone: (617) 523-6200
                   Facsimile: (617) 523-8130

Dated: February 27, 2007

## CERTIFICATE OF SERVICE

    I, Angela L. Lackard, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


                                            /s/ Angela L. Lackard
                                            Angela L. Lackard


Dated: February 27, 2007