**MANDATE**

# United States Court of Appeals
## For the First Circuit

03-12637
USDC MA
Judge Woodlock

No. 06-2752

GEORGE LOGUE,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY;
OFFICER MARREN, Harvard University Police
Officer; OFFICER HEALY, Harvard University
Police Officer; OFFICER DIVERGILIO, Harvard
University Policer Officer; OFFICER TWOMEY,
Harvard University Police Officer,

Defendant - Appellee.

### JUDGMENT

Entered: April 6, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered February 12, 2007, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by February 26, 2007 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/30/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Margaret Carter, Chief Deputy Clerk

[cc: George Logue, John Rooney III, Esq., Robert Healy, Esq., Michael Byrne, Esq.]