```
              UNITED STATES DISTRICT COURT

               DISTRICT OF MASSACHUSETTS


GEORGE LOGUE,
     Plaintiff,

          v.                      CIVIL ACTION
                                  NO. 03-12637-DPW

HARVARD UNIVERSITY,
     Defendant.
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's ruling on September 20, 2007, made in open court and reflected in the stenographer's notes, allowing the Defendants' Motion to Dismiss the Plaintiffs' Amended Complaint for Failure to comply Order of the Court, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

```
                              BY THE COURT,


                              /s/ Jarrett Lovett
                              Deputy Clerk
```

DATED: September 20, 2007